Tracy Taylor
B8-119 Pelican Bay State Prison
P.O. Box 7000
Crescent City, Ca 95532



United States District Court for the Northern District
Mr. Richard W. Wieking, Clerk.
U.S. Courthouse
450 Golden Gate Avenue
San Francisco, Ca 94102-3483

Case No.
C 07 5295/MHP

Mr. Wieking Clerk of the United States District Court for th Court of the Northern District. Sir I have submitted two 42. U.S.C. §§ 1983 to the court the first case was filed by you on October 17, 2007 (Case No. C 07 5295) this case is about my medical book's being taken away by prison officials illegally. Sir I have been incarcerate for over 22 years and have never submitted a 1983 untill I arrived here at PBSP and prison official's took my medical appliance (orthopedic boots and arch supports) I am in sever and consistant pain and I felt that I had no choice but to file a 1983. however I only know very little about the law and a 1983. I have asked this prison Law Library for the local rule's of court and was told they didn't have it, and that I am suppose to ask the district and would be given one. Mr. Wieking will you please send me the local rule's of court, or let me know where I can obtain it. My reason for the request is because I read somewhere that initial screening by the court is suppose to take several week's to do so. But in my case it has been 4 month's and I haven't heard anything and from what I have I read my case will get dismissed if I don't move it along! I don't know how to do that I just need me orthopedic boot's back so I can stop being in so much pain constatly! please help me! what am I suppose to do now.

Date:

Sincerly
Tracy Taylor

## PROOF OF SERVICE BY MAIL

### BY PERSON IN STATE CUSTODY

(Fed. R. Civ. P. 5; 28 U.S.C. § 1746)

I, Tracy Lee Taylor, declare:

I am over 18 years of age and a party to this action. I am a resident of Pelican Bay State P_____ Prison, in the county of Del Norte, State of California. My prison address is: B8-119 P.O. Box 7000, Crescent City, Ca 95532.

On February 19, 2008 (DATE)

I served the attached: Letter

(DESCRIBE DOCUMENT)

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope, with postage thereon fully paid, in the United States Mail in a deposit box so provided at the above-named correctional institution in which I am presently confined. The envelope was addressed as follows:

Richard W. Wieking
Clerk, U.S. District Court for the Northern District
U.S. Courthouse
450 Golden Gate Avenue
San Francisco, Ca 94102-3483

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 19, 2008
(DATE)

(DECLARANT'S SIGNATURE)

*PELICAN BAY G.P. UNIT B-8*

Civ-69 (Rev. 9/97)

::ODMA\PCDOCS\WORDPERFECT\22832\1

-9-