INDIGENT ENVELOPES PBSP

PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532

$00.41⁰ PITNEY BOWES
02 1M FEB 19 2008
0004217666
MAILED FROM ZIP CODE 95531

Richard W. Wieking
Clerk, U.S. District Court for the Northern District
U.S. Courthouse
450 Golden Gate Avenue
San Francisco, Ca 94102-3483

9410293661 0004

Tracy Lee Taylor/E-13981
B8-119 Pelican Bay State Prison
P.O. Box 7000
Crescent City, Ca 95532

PELICAN BAY
G.P. UNIT B-8

Legal Mail.