UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY LEE TAYLOR,<br><br>        Plaintiff,<br><br>  v.<br><br>ROD HIGGINS et al,<br><br>        Defendant.<br>_____ / | Case Number: CV07-05295 MHP<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 13, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Tracy Taylor E-13981
Pelican Bay State Prison
P. O. Box 7000
Crescent City, CA 95532

Dated: March 13, 2008

                                            Richard W. Wieking, Clerk
                                            By: Anthony Bowser, Deputy Clerk

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

TRACY LEE TAYLOR,

        Plaintiff,

  v.

ROD HIGGINS et al,

        Defendant.

Case Number: CV07-05295 MHP

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 13, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Tracy Taylor E-13981
Pelican Bay State Prison
P. O. Box 7000
Crescent City, CA 95532

Dated: March 13, 2008

                              Richard W. Wieking, Clerk
                              By: Anthony Bowser, Deputy Clerk