AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT

for the

## Northern District of California

| | | |
|---|---|---|
| TRACY LEE TAYLOR | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.    CV 07-05295 MHP |
| ROD HIGGINS, ET AL | ) | |
| *Defendant* | ) | |

**Summons in a Civil Action**

To:    DR. MICHAEL SAYRE & ROBERT HOREL          PELICAN BAY STATE PRISON
             *(Defendant's name)*                          5905 LAKE EARL DRIVE
                                                   CRESCENT CITY, CA  95531

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:
TRACY LEE TAYLOR - E-13981
PELICAN BAY STATE PRISON
P.O. BOX 7000
CRESCENT CITY, CA  95532

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                               Richard W. Wieking
                                                            *Name of clerk of court*

Date:        April 4, 2008                                      Gina Agustine
                                                             *Deputy clerk's signature*

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

✎ AO 440 (Rev. 03/08)  Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

    (1) personally delivering a copy of each to the individual at this place, _____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with  _____
       who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
       _____; or

    (4) returning the summons unexecuted to the court clerk on  _____.

My fees are $ _____ for travel and $ _____for services, for a total of $ _____.

Date:  _____

                                               _____
                                                  Server's signature

                                           _____
                                                  Printed name and title

                                           _____
                                                 Server's address