EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
JONATHAN L. WOLFF
Supervising Deputy Attorney General
DANIELLE F. O'BANNON, State Bar No. 207095
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA 94102-7004
 Telephone: (415) 703-5735
 Fax: (415) 703-5843
 Email: Danielle.OBannon@doj.ca.gov

Attorneys for Defendant R. Horel

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TRACY TAYLOR,<br><br>                                    Plaintiff,<br><br>    v.<br><br>ROBERT HOREL, et al.,<br><br>                                    Defendants. | C 07-5295 MHP<br><br>**DEFENDANTS' EX PARTE REQUEST FOR EXTENSION OF TIME TO FILE A DISPOSITIVE MOTION** |

TO TRACY TAYLOR, PRO SE:

PLEASE TAKE NOTICE that Defendant R. Horel, for the reasons explained in counsel's declaration, requests a 60-day extension of the Court's June 6, 2008 deadline to file a motion for summary judgment or other dispositive

///

///

///

Defs' Ex Parte Req.                                                                              T. Taylor v. R. Horel, et al.
                                                                                                         C 07-5295 MHP

1

motion up to and including August 18, 2008.

Dated: June 19, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DAVID S. CHANEY
Chief Assistant Attorney General

FRANCES T. GRUNDER
Senior Assistant Attorney General

JONATHAN L. WOLFF
Supervising Deputy Attorney General

DANIELLE F. O'BANNON
Deputy Attorney General
Attorneys for Defendant
R. Horel

20118034.wpd
SF2008200088

Defs' Ex Parte Req.

T. Taylor v. R. Horel, et al.
C 07-5295 MHP

2

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   *Tracy Taylor v. R. Horel, et al.*

No.:   U.S.D.C., N.D., San Francisco Div., C 07-5295 MHP

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On **June 19, 2008**, I served the attached

1. **DEFENDANTS' EX PARTE REQUEST FOR EXTENSION OF TIME TO FILE A DISPOSITIVE MOTION**
2. **DECLARATION OF DANIELLE F. O'BANNON IN SUPPORT OF DEFENDANTS' EX PARTE REQUEST FOR EXTENSION OF TIME**
3. **[PROPOSED] ORDER**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

**Tracy Lee Taylor, E-13981**
**Pelican Bay State Prison**
**P.O. Box 7500**
**Crescent City, CA 95532**
*Pro Per*

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **June 19, 2008**, at San Francisco, California.

|  J. Baker  |  *signature* |
|---|---|
| Declarant | Signature |

20118125.wpd