1 | EDMUND G. BROWN JR.
Attorney General of the State of California
2 | DAVID S. CHANEY
Chief Assistant Attorney General
3 | FRANCES T. GRUNDER
Senior Assistant Attorney General
4 | JONATHAN L. WOLFF
Supervising Deputy Attorney General
5 | DANIELLE F. O'BANNON, State Bar No. 207095
Deputy Attorney General
6 |   455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
7 |   Telephone: (415) 703-5735
Fax: (415) 703-5843
8 |   Email: Danielle.OBannon@doj.ca.gov

9 | Attorneys for Defendant R. Horel

10

11 | IN THE UNITED STATES DISTRICT COURT

12 | FOR THE NORTHERN DISTRICT OF CALIFORNIA

13 | SAN FRANCISCO DIVISION

14

| | |
|---|---|
| **TRACY TAYLOR,** | C 07-5295 MHP |
| Plaintiff, | **DECLARATION OF DANIELLE F. O'BANNON IN SUPPORT OF DEFENDANTS' EX PARTE REQUEST FOR EXTENSION OF TIME** |
| v. | |
| **ROBERT HOREL, et al.,** | |
| Defendants. | |

20 | I, Danielle F. O'Bannon, declare as follows:

21 |     1.    I am a Deputy Attorney General in the California Attorney General's Office, counsel of

22 | record for Defendant R. Horel in this matter. I am competent to testify to the matters set forth in

23 | this declaration, and if called upon to do so, I would and could so testify. I submit this

24 | declaration in support of Defendant's ex parte request for an extension of time to file his

25 | summary judgment motion or other dispositive motion.

26 |     2.    On March 13, 2008, this Court issued on Order of Service finding that Plaintiff stated a

27 | cognizable § 1983 claim against Dr. Michael Sayre and Warden Robert A. Horel for deliberate

28 | indifference to his serious medical needs in violation of his Eighth amendment rights. The order

Decl. in Support of Ex Parte Req. for Ext. of Time
T. Taylor v. R. Horel, et al.
C 07-5295 MHP

1

1   instructed the clerk to issue a summons and the United States Marshal Service to serve a copy of

2   the complaint and the court's order upon Dr. Sayre and Warden Horel.  The order also instructed

3   the Defendants to file and serve a motion for summary judgment or other dispositive motion no

4   later than June 6, 2008.

5          3.    Based on the following, Defendant Horel respectfully requests a sixty-day extension of

6   time, up to and including August 18, 2008, to file a motion for summary judgment or other

7   dispositive motion.

8              a.    On June 5, 2008, the Litigation Coordinator at the Pelican Bay State Prison

9   received a summonses and complaints via U.S. Mail from the U.S. Marshals Service for

10  Defendants R. Horel and M. Sayre.

11             b.    On June 13, 2008, the Attorney General's Office received this case.  I was

12  assigned this case on June 18, 2008.

13             c.    The Attorney General's Office has not received a request for representation from

14  Defendant M. Sayre.

15             d.    Counsel requests additional time to review the case, obtain documents, and confer

16  with her clients.

17         4.    Plaintiff is currently incarcerated and cannot be easily contacted for an extension of

18  time.

19         5.    No previous extension of time has been sought regarding the filing of Defendant's

20  motion for summary judgment or other dispositive motion.

21         6.    This request is not made for the purpose of harassment or undue delay or for any

22  ///

23  ///

24

25

26

27

28

Decl. in Support of Ex Parte Req. for Ext. of Time

T. Taylor v. R. Horel, et al.
C 07-5295 MHP

1  improper reason.

2

3        Dated: June 19, 2008

4                    Respectfully submitted,

5                    EDMUND G. BROWN JR.
                     Attorney General of the State of California

6                    DAVID S. CHANEY
                     Chief Assistant Attorney General

7
                     FRANCES T. GRUNDER
8                    Senior Assistant Attorney General

                     JONATHAN L. WOLFF
9                    Supervising Deputy Attorney General

10

11

12
                     DANIELLE F. O'BANNON
13                   Deputy Attorney General
                     Attorneys for Defendant
14                   R. Horel

15

16   20118046.wpd
     SF2008200088
17

18

19

20

21

22

23

24

25

26

27

28

Decl. in Support of Ex Parte Req. for Ext. of Time                    T. Taylor v. R. Horel, et al.
                                                                      C 07-5295 MHP