IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TRACY TAYLOR,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>ROBERT HOREL, et al.,<br><br>　　　　　　　　　Defendants. | C 07-5295 MHP<br><br>[PROPOSED] ORDER |

Defendants filed a 60-day extension of time, up to and including August 18, 2008, to file a motion for summary judgement or other dispositive motion. The Court has read and considered Defendants' request and good cause appearing:

IT IS HEREBY ORDERED that Defendants' request for an extension of time up to and including August 18, 2008 to file their motion for summary judgment or other dispositive motion is GRANTED. Plaintiff is instructed to file and serve his opposition to Defendants' dispositive motion no later than thirty days from the date of service of the motion. Defendants' are instructed to file and serve their reply no later than fifteen days after the date of service of the opposition. The motion shall be deemed submitted as of the date the reply brief is due. No hearing will be held on the motion unless the court so orders at a later date.

Dated: _____     _____
　　　　　　　　　　　　　　　　　　　　　　　The Honorable Marilyn H. Patel

[Proposed] Order                                                                    T. Taylor v. R. Horel, et al.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Case No. C 07-5295 MHP