Tracy Lee Taylor
B8-101
P.O. Box 7000
Crescent City, Ca 95532

IN PROPRIA PERSONAM

FILED

08 JUN 20 PM 1:54

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

Tracy Lee Taylor
    Plaintiff

V.

Robert Horel, warden
Michael Sayre, M.D. et al

    Defendants

COMPLAINT

Civil Action No. C 07 5295 MHP (pr)

DECLARATION OF TRACY TAYLOR IN SUPPORT OF PLAINTIFFS AFFIDAVIT FOR ENTRY OF DEFAULT

I Tracy L Taylor hereby declare:

1. I filed a 42 U.S.C. §§ 1983 Civil Rights Act complaint in the United States District Court for the Northern District against Robert Horel, et.al on October 17, 2007.

2. I received an order of service from the United States District Court for the Northern District of California filed on March 13, 2008 in which verifies that United States District Judge Marilyn Hall Patel ordered the clerk of the court to issue a summons and had the United States Marshall serve a copy of my complaint upon Dr. Michael Sayre and warden Robert Horel.

3. Both Michael Sayre and Robert Horel was given untill June 6, 2008 and have yet to fill their motions for summary judgment.

    I declare under penalty of perjury that the foregoing is true and correct. Executed on June 15, 2008

Date: June 15, 2008

                                Tracy Taylor