IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

FILED
08 JUN 20 PM 9:54
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Tracy Taylor

    Plaintiff

v.

Robert Horel
Michael Sayre

    Defendants

AFFIDAVIT

Civil Action No. C07 5295 MHP (pr)

    I Tracy Lee Taylor hereby declares

I filed a 42 U.S.C. §§ 1983 civil Rights Act complaint in the United States District court for the Northern District against Robert Horel and Michael Sayre, et al on October 17, 2007 and in return on March 13, 2008 I received from the United States District Court for the Northern District an order of service in which the court ordered the clerk to issue summons and have the United States Marshall serve a copy of the complaint and Judge order on both Robert Horel and Michael Sayre. The order instructs Robert Horel and Michael Sayre to file and serve their motion for summary Judgment no later then June 6, 2008

    I have not received Robert Horel nor Michael Sayre motion for summary Judgment and it is well pass 90 day's the Judge allotted to them.

    I declare under the penalty of perjury that the foregoing is true and correct Executed at Crescent City, Cali, on June 15, 2008

                                               Tracy Lee Taylor