Tracy Taylor
B-facility
P. O. Box 7000
Crescent City, Ca 95532

RECEIVED

08 JUN 20 PM 1:55

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

6-15-08

Civil Action No.
C 07-5295 MHP
(Pr)

Dear Clerk of the U.S. District Court.

I request that you enter default against the defendants. In my affidavit for entry of default I have include as proof that the defendants was served, the order of service by the Judge instructing the clerk to issue a summons and have the U.S. marshal serve the complaint.

I have included the original, and a copy of the affidavit for default. The original is for the court and the copy is for me! Please stamp the copy and send it back to me. Thank you for you time.

# PROOF OF SERVICE BY MAIL

## BY PERSON IN STATE CUSTODY

(Fed. R. Civ. P. 5; 28 U.S.C. § 1746)

I, __Tracy Lee Taylor__, declare:

I am over 18 years of age and a party to this action. I am a ~~resident~~ Prisoner of _____

__Pelican Bay State__ Prison,

in the county of __Del Norte__,

State of California. My prison address is: __B 8-101; P.O. Box 7000, Crescent City, Ca 95532__

On __on June 15, 2008__,
(DATE)

I served the attached: __Affidavit for entry of Default, Declaration of Tracy Taylor in support of plaintiffs Affidavit for entry of Default. and Affidavit__
(DESCRIBE DOCUMENT)

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope, with postage thereon fully paid, in the United States Mail in a deposit box so provided at the above-named correctional institution in which I am presently confined. The envelope was addressed as follows:

Robert Horel (warden)  
5905 Lake Earl Drive  
P.O. Box 7000  
Crescent City, Ca 95532  

Michael Sayre, M.D  
5905 Lake Earl Drive  
P.O. Box 7000  
Crescent City, Ca 95532  

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on __June 15, 2008__     _____
(DATE)                              (DECLARANT'S SIGNATURE)

Civ-69 (Rev. 9/97)   ::ODMA\PCDOCS\WORDPERFECT\22832\1

-9-

NAME: Tracy Taylor
CDC NO: E-13481   HOUSING: B8-101

PELICAN BAY STATE PRISON
P.O. BOX 7500
CRESCENT CITY, CA

RECEIVED
JUN 20
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MHP

PELICAN BAY
G.P.
UNIT B-8

PELICAN BAY
G.P.
UNIT B-8

1.17

Office of the Clerk,
U.S. District Court Northern Distri
450 Golden Gate Avenue
San Francisco, California 94102


PELICAN BAY
5905 Lake E
Crescent C
USA FIRST CLASS FOREVER



MAIL

PELICAN BAY
G.P.
UNIT B-8

1,17

Office of the Clerk,
U.S. District Court Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102