# EXHIBIT A

Inmate Appeals Branch  06/18/2008

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
Inmate / Parolee Appeals Tracking System - Level III

Appellant Appeal History
CDCR Number: E13981

Sorted By: CDCR Number

| CDCR Number | Appellant Name | Location | Arrival Date | Alerts (Type, Start, End) | Special Needs | | | |
|---|---|---|---|---|---|---|---|---|
| E13981 | TAYLOR, TRACY | PBSP | 08/09/2006 | | | | | |

**Accepted Appeals**

| IAB Number | Issue | Issue Subcategory | Accepted Date | Inst. Log Number | Due Date | Closed Date | Disposition |
|---|---|---|---|---|---|---|---|
| 0008815 | PROPERTY | Prior to subcategory | 03/14/2001 | SVSP-00-03586 | 06/07/2001 | 12/14/2001 | DENIED |
| 0105375 | MAIL | Prior to subcategory | 12/05/2001 | SVSP-01-01889 | 03/06/2002 | 03/28/2002 | DENIED |
| 0109561 | MEDICAL | Prior to subcategory | 03/29/2002 | SVSP-01-04544 | 06/25/2002 | 05/24/2002 | DENIED |
| 0110036 | PROPERTY | Prior to subcategory | 04/10/2002 | SVSP-01-04587 | 07/05/2002 | 05/23/2002 | DENIED |
| 0110420 | PROGRAM | Prior to subcategory | 04/22/2002 | SVSP-02-00704 | 07/17/2002 | 05/30/2002 | DENIED |
| 0205913 | LIVING CONDITIONS | Prior to subcategory | 11/20/2002 | SVSP-02-03109 | 02/21/2003 | 12/30/2002 | DENIED |
| 0303551 | STAFF COMPLAINTS | Prior to subcategory | 10/02/2003 | SVSP-03-02687 | 01/02/2004 | 12/03/2003 | DENIED |
| 0303765 | PROPERTY | Prior to subcategory | 10/07/2003 | SVSP-03-02058 | 01/07/2004 | 12/04/2003 | DENIED |
| 0310775 | PROGRAM | Prior to subcategory | 04/08/2004 | SAC-04-00322 | 07/02/2004 | 05/25/2004 | GRANTED IN PART |
| 0311015 | LIVING CONDITIONS | Prior to subcategory | 04/14/2004 | SAC-04-00584 | 07/09/2004 | 07/06/2004 | DENIED |
| 0312487 | LIVING CONDITIONS | Prior to subcategory | 05/25/2004 | SAC-04-00617 | 08/19/2004 | 08/14/2004 | DENIED |
| 0313542 | MEDICAL | Prior to subcategory | 06/25/2004 | SAC-04-00572 | 09/21/2004 | 09/21/2004 | DENIED |
| 0400819 | PROPERTY | Prior to subcategory | 07/21/2004 | SVSP-03-02871 | 10/15/2004 | 10/14/2004 | DENIED |
| 0402312 | LIVING CONDITIONS | Prior to subcategory | 08/26/2004 | SAC-04-01165 | 11/23/2004 | 11/15/2004 | DENIED |
| 0403009 | WORK INCENTIVE | Prior to subcategory | 09/13/2004 | SAC-04-01057 | 12/10/2004 | 12/10/2004 | DENIED |
| 0403778 | PROGRAM | Prior to subcategory | 09/30/2004 | SAC-04-01113 | 12/29/2004 | 12/29/2004 | DENIED |
| 0403779 | PROPERTY | Prior to subcategory | 09/30/2004 | SAC-04-01299 | 12/29/2004 | 12/29/2004 | DENIED |
| 0404382 | LEGAL | Prior to subcategory | 10/18/2004 | SAC-04-01141 | 01/13/2005 | 01/10/2005 | DENIED |
| 0404644 | PROGRAM | Prior to subcategory | 10/25/2004 | SAC-04-01671 | 01/20/2005 | 01/20/2005 | DENIED |

Inmate Appeals Branch

06/18/2008

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION

Inmate / Parolee Appeals Tracking System - Level III

| CDCR Number | Appellant Name | Location | Arrival Date | Alerts (Type, Start, End) | | | Special Needs | |
|---|---|---|---|---|---|---|---|---|
| E13981 | TAYLOR, TRACY | PBSP | 08/09/2006 | | | | | |
| 0406268 | PROGRAM | | | Prior to subcategory | 12/16/2004 | SAC-04-01572 | 03/14/2005 | 02/22/2005 | DENIED |
| 0407232 | PROGRAM | | | Prior to subcategory | 01/13/2005 | SAC-04-01919 | 04/12/2005 | 04/05/2005 | DENIED |
| 0407735 | PROGRAM | | | Prior to subcategory | 01/31/2005 | SAC-04-02017 | 04/27/2005 | 04/20/2005 | DENIED |
| 0411260 | MAIL | | | Prior to subcategory | 05/16/2005 | SAC-05-00315 | 08/10/2005 | 08/01/2005 | DENIED |
| 0412407 | CUSTODY/CLASS | | | Prior to subcategory | 06/17/2005 | SAC-04-01824 | 09/13/2005 | 09/12/2005 | DENIED |
| 0501059 | PROGRAM | | | Prior to subcategory | 07/22/2005 | SAC-05-00650 | 10/18/2005 | 10/11/2005 | DENIED |
| 0501920 | PROGRAM | | | Prior to subcategory | 08/15/2005 | SAC-05-00830 | 11/09/2005 | 11/07/2005 | DENIED |
| 0502034 | PROGRAM | | | Prior to subcategory | 08/18/2005 | SAC-05-00692 | 11/15/2005 | 11/15/2005 | DENIED |
| 0502037 | PROGRAM | | | Prior to subcategory | 08/18/2005 | SAC-05-00783 | 11/15/2005 | 11/15/2005 | DENIED |
| 0503752 | PROGRAM | | | Prior to subcategory | 10/04/2005 | SAC-05-01127 | 01/03/2006 | 01/03/2006 | DENIED |
| 0504985 | LIVING CONDITIONS | | | Prior to subcategory | 11/03/2005 | SAC-05-01724 | 02/03/2006 | 02/02/2006 | DENIED |
| 0511239 | PROGRAM | | | Prior to subcategory | 04/05/2006 | SAC-06-00090 | 06/29/2006 | 06/28/2006 | GRANTED IN PART |
| 0511510 | MEDICAL | | | Prior to subcategory | 04/12/2006 | SAC-05-01920 | 07/07/2006 | 06/12/2006 | DENIED |
| 0511628 | MEDICAL | | | Prior to subcategory | 04/12/2006 | SAC-05-01934 | 07/07/2006 | 07/07/2006 | DENIED |
| 0608018 | PROPERTY | | | Prior to subcategory | 01/11/2007 | PBSP-06-02925 | 04/10/2007 | 03/26/2007 | GRANTED IN PART |
| 0608840 | MEDICAL | | | Prior to subcategory | 01/29/2007 | PBSP-06-02165 | 04/25/2007 | 04/17/2007 | DENIED |
| 0609197 | PROPERTY | | | Prior to subcategory | 02/01/2007 | PBSP-06-02792 | 04/30/2007 | 04/29/2007 | GRANTED IN PART |
| 0611447 | MEDICAL | | | Prior to subcategory | 03/13/2007 | PBSP-06-02165 | 06/06/2007 | 06/12/2007 | CANCELLED |
| 0611547 | PROPERTY | | | Prior to subcategory | 03/14/2007 | PBSP-06-03203 | 06/07/2007 | 06/14/2007 | GRANTED IN PART |
| 0611602 | PROGRAM | | | Prior to subcategory | 03/14/2007 | PBSP-07-00132 | 06/07/2007 | 06/11/2007 | DENIED |
| 0612192 | DISCIPLINARY | | | Prior to subcategory | 03/26/2007 | PBSP-07-00228 | 06/19/2007 | 05/31/2007 | DENIED |
| 0612367 | PROPERTY | | | Prior to subcategory | 03/28/2007 | PBSP-07-00291 | 06/21/2007 | 06/18/2007 | DENIED |
| 0613149 | MAIL | | | Prior to subcategory | 04/11/2007 | PBSP-07-00101 | 07/06/2007 | 07/03/2007 | DENIED |
| 0614254 | PROGRAM | | | Prior to subcategory | 04/30/2007 | PBSP-07-00357 | 07/25/2007 | 07/24/2007 | DENIED |
| 0614282 | MEDICAL | | | Prior to subcategory | 03/22/2007 | PBSP-07-00112 | 06/15/2007 | 06/12/2007 | DENIED |
| 0614956 | PROGRAM | | | Prior to subcategory | 05/14/2007 | PBSP-07-00654 | 08/08/2007 | 08/01/2007 | DENIED |

Inmate Appeals Branch                                   06/18/2008

## CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
### Inmate / Parolee Appeals Tracking System - Level III

| CDCR Number | Appellant Name | Location | Arrival Date | Alerts (Type, Start, End) | | Special Needs | |
|---|---|---|---|---|---|---|---|
| E13981 | TAYLOR, TRACY | PBSP | 08/09/2006 | | | | |
| 0615921 | WORK INCENTIVE | Prior to subcategory | 06/01/2007 | PBSP-06-03046 | 08/27/2007 | 08/13/2007 | DENIED |
| 0617690 | LIVING CONDITIONS | Other | 06/26/2007 | PBSP-07-01039 | 09/20/2007 | 08/23/2007 | CANCELLED |
| 0701125 | MEDICAL | Other | 07/09/2007 | PBSP-07-00750 | 10/02/2007 | 11/09/2007 | DENIED |
| 0702111 | PROGRAM | Other | 07/17/2007 | PBSP-06-03149 | 10/11/2007 | 01/15/2008 | CANCELLED |
| 0704027 | CUSTODY/CLASS | Degree of Custody | 08/03/2007 | PBSP-07-01077 | 10/30/2007 | 10/30/2007 | DENIED |
| 0705328 | DISCIPLINARY | Division F | 08/16/2007 | PBSP-07-01364 | 11/12/2007 | 10/20/2007 | GRANTED IN PART |
| 0712187 | MEDICAL | Device Issues/Medical | 10/29/2007 | PBSP-07-11182 | 01/28/2008 | 01/16/2008 | DENIED |
| 0721742 | PROPERTY | Other | 02/01/2008 | PBSP-07-02741 | 04/30/2008 | 04/29/2008 | DENIED |
| 0722667 | STAFF COMPLAINTS | Staff Issued Falsfd State | 02/11/2008 | PBSP-07-02671 | 05/08/2008 | 05/13/2008 | PENDING |
| 0726490 | PROGRAM | Religious Services | 03/19/2008 | PBSP-08-00031 | 06/13/2008 | | PENDING |
| 0729191 | PROPERTY | | 04/16/2008 | PBSP-08-00725 | 07/11/2008 | | PENDING |
| 0729475 | PROGRAM | | 04/21/2008 | PBSP-08-00655 | 07/16/2008 | | |
| 9304948 | LIVING CONDITIONS | Prior to subcategory | 01/03/1994 | -93-09314 | 01/28/1994 | 02/22/1994 | DENIED |
| 9401537 | DISCIPLINARY | Prior to subcategory | 09/02/1994 | -94-06127 | 09/30/1994 | 12/16/1994 | DENIED |
| 9403430 | CUSTODY/CLASS | Prior to subcategory | 11/15/1994 | -94-09170 | 12/16/1994 | 02/08/1995 | CANCELLED |
| 9403685 | MAIL | Prior to subcategory | 11/23/1994 | -94-09225 | 12/23/1994 | 02/17/1995 | DENIED |
| 9407655 | LIVING CONDITIONS | Prior to subcategory | 05/01/1995 | -95-02242 | 06/02/1995 | 06/23/1995 | DENIED |
| 9501903 | WORK INCENTIVE | Prior to subcategory | 09/25/1995 | -95-03840 | 10/27/1995 | 10/27/1995 | DENIED |
| 9504103 | PROPERTY | Prior to subcategory | 11/30/1995 | -95-06833 | 12/29/1995 | 01/19/1996 | DENIED |
| 9601273 | TRANSFER | Prior to subcategory | 08/06/1996 | -96-02061 | 09/06/1996 | 11/01/1996 | DENIED |
| 9604970 | PROGRAM | Prior to subcategory | 11/22/1996 | -96-00600 | 12/27/1996 | 02/07/1997 | DENIED |
| 9606212 | MAIL | Prior to subcategory | 01/02/1997 | -96-00815 | 03/28/1997 | 02/28/1997 | DENIED |
| 9609706 | DISCIPLINARY | Prior to subcategory | 04/28/1997 | SVSP-97-00738 | 07/25/1997 | 06/27/1997 | DENIED |
| 9610316 | PROPERTY | Prior to subcategory | 05/14/1997 | SVSP-97-00572 | 08/08/1997 | 06/27/1997 | DENIED |
| 9700160 | PROPERTY | Prior to subcategory | 07/07/1997 | PBSP-97-02388  SVSP-97-00591 | 09/30/1997 | 08/22/1997 | DENIED |

Page: 3

Inmate Appeals Branch

06/18/2008

## CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
### Inmate / Parolee Appeals Tracking System - Level III

| CDCR Number | Appellant Name | Location | Arrival Date | Alerts (Type, Start, End) | Special Needs | | |
|---|---|---|---|---|---|---|---|
| E13981 | TAYLOR, TRACY | PBSP | 08/09/2006 | | | | |

| IAB Number | Issue | Issue Subcategory | Received Date | Inst. Log Number | Screened Out | Response Due | Reason |
|---|---|---|---|---|---|---|---|
| 9701857 | PROPERTY | Prior to subcategory | 09/09/1997 | PBSP-97-02825 | 12/08/1997 | 10/17/1997 | DENIED |
| 9707835 | STAFF COMPLAINTS | Prior to subcategory | 04/24/1998 | PBSP-98-00242 SVSP-98-00339 | 07/20/1998 | 07/03/1998 | DENIED |
| 9901330 | STAFF COMPLAINTS | Prior to subcategory | 08/18/1999 | CCI-99-01293 | 11/10/1999 | 12/30/1999 | DENIED |
| 9901485 | PROGRAM | Prior to subcategory | 08/20/1999 | CCI-99-01507 | 11/12/1999 | 01/05/2000 | DENIED |
| 9901996 | MAIL | Prior to subcategory | 09/07/1999 | CCI-99-02215 | 11/30/1999 | 01/07/2000 | DENIED |
| 9903363 | PROPERTY | Prior to subcategory | 10/25/1999 | CCI-99-01369 PBSP-99-01158 | 01/17/2000 | 04/11/2000 | DENIED |
| 9910120 | MAIL | Prior to subcategory | 06/12/2000 | CCI-00-00485 | 09/06/2000 | 04/25/2001 | DENIED |

### Screen Outs

| IAB Number | Issue | Issue Subcategory | Received Date | Inst. Log Number | Screened Out | Response Due | Reason |
|---|---|---|---|---|---|---|---|
| 0400819 | PROPERTY | Prior to subcategory | 06/01/2004 | SVSP-03-02871 | 06/01/2004 | | APPEAL HAS BEEN FULLY ADJUDICATED |
| 0403778 | PROGRAM | Prior to subcategory | 11/29/2004 | SAC-04-01113 | 11/29/2004 | | APPEAL HAS BEEN FULLY ADJUDICATED |
| 0403779 | PROPERTY | Prior to subcategory | 11/29/2004 | SAC-04-01299 | 11/29/2004 | | APPEAL HAS BEEN FULLY ADJUDICATED |
| 0608018 | PROPERTY | Prior to subcategory | 04/10/2007 | PBSP-06-02925 | 04/10/2007 | | MISSING DOCUMENTATION |
| 0608840 | MEDICAL | Prior to subcategory | 01/22/2007 | PBSP-06-02165 | 01/22/2007 | | APPEAL HAS BEEN FULLY ADJUDICATED |
| 0609197 | PROPERTY | Prior to subcategory | 04/01/2008 | PBSP-06-02792 | 05/19/2008 | | MISSING DOCUMENTATION |
| 0615921 | WORK INCENTIVE | Prior to subcategory | 02/21/2007 | PBSP-06-03046 | 02/21/2007 | | 2ND LEVEL REVIEW FINAL FOR RVR (ADMINISTRATIVE) |
| 0726418 | DISCIPLINARY | Prior to subcategory | 03/19/2008 | PBSP-08-00227 | 05/06/2008 | | MISSING DOCUMENTATION |
| 0727305 | PROPERTY | Prior to subcategory | 03/27/2008 | PBSP-08-00408 | 05/14/2008 | | MISSING DOCUMENTATION |
| 5003795 | CUSTODY/CLASS | Prior to subcategory | 12/16/2004 | SAC-04-01824 | 12/16/2004 | | MUST SUBMIT APPEAL WITHIN 15 WORKING DAYS |
| 5003795 | CUSTODY/CLASS | Prior to subcategory | 03/22/2005 | SAC-04-01824 | 03/22/2005 | | |
| 5017548 | OTHER | Prior to subcategory | 01/25/2006 | | 01/25/2006 | | |

Page: 4

Inmate Appeals Branch

06/18/2008

## CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
### Inmate / Parolee Appeals Tracking System - Level III

| CDCR Number | Appellant Name | Location | Arrival Date | Alerts (Type, Start, End) | Special Needs | |
|---|---|---|---|---|---|---|
| E13981 | TAYLOR, TRACY | PBSP | 08/09/2006 | | | |
| 5032956 | PROPERTY | | Prior to subcategory | | 01/22/2007 | APPEAL RECEIVED; DOCUMENTS NOT NEEDED |
| 5034257 | OTHER | | Prior to subcategory | | 02/21/2007 | MUST BE COMPLETED THROUGH 2ND LEVEL |
| 5034635 | LEGAL | | Prior to subcategory | SVSP-06-02935 02/02/2007 | 02/02/2007 | IMPROPERLY REJECTED OR OVERDUE |
| 5035822 | PROGRAM | | Prior to subcategory | PBSP-06-03149 02/28/2007 | 02/28/2007 | MUST BE COMPLETED THROUGH 2ND LEVEL |
| 5036298 | OTHER | | Prior to subcategory | | 04/02/2007 | MUST BE COMPLETED THROUGH 2ND LEVEL |
| 5036635 | OTHER | | Prior to subcategory | | 03/22/2007 | MUST BE COMPLETED THROUGH 2ND LEVEL |
| 5037811 | CUSTODY/CLASS | | Prior to subcategory | | 03/29/2007 | MUST BE COMPLETED THROUGH 2ND LEVEL |
| 5037831 | PROPERTY | | Prior to subcategory | PBSP-07--00647 05/01/2007 | 05/01/2007 | MISSING DOCUMENTATION |
| 5041300 | DISCIPLINARY | | Prior to subcategory | CCI-00-01294 08/29/2000 | 08/29/2000 | EXHAUSTED ADMINISTRATIVE REMEDY THRU CDC 2ND LEVEL REVIEW FINAL APPEAL GRANTED AT INSTITUTIONAL LEVEL APPEAL REJECTED/WITHDRAWN/CAN |
| 5071895 | OTHER | | Prior to subcategory | | 01/22/2003 | |
| 5073319 | MEDICAL | | Prior to subcategory | SVSP-01-0724 02/28/2003 | 02/28/2003 | APPEAL GRANTED AT INSTITUTIONAL LEVEL APPEAL REJECTED/WITHDRAWN/CAN |
| 5075910 | ADA | | Prior to subcategory | SVSP-03-0459 05/02/2003 | 05/02/2003 | MISSING DOCUMENTATION |
| 5089394 | SEGREGATION | | Prior to subcategory | SVSP-D-03-03115 02/19/2004 | 02/19/2004 | MISSING DOCUMENTATION |

Page: 5

Inmate Appeals Branch

06/18/2008

## CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION

### Inmate / Parolee Appeals Tracking System - Level III

| CDCR Number | Appellant Name | Location | Arrival Date | Alerts (Type, Start, End) | Special Needs |
|---|---|---|---|---|---|
| E13981 | TAYLOR, TRACY | PBSP | 08/09/2006 | | |
| 5091514 | PROPERTY | Prior to subcategory | 03/10/2004 | SVSP-D-03-02871 03/10/2004 | MISSING DOCUMENTATION |

Page: 6