EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
ROCHELLE C. EAST
Acting Senior Assistant Attorney General
JONATHAN L. WOLFF
Supervising Deputy Attorney General
DANIELLE F. O'BANNON, State Bar No. 207095
Deputy Attorney General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 703-5735
  Fax: (415) 703-5843
  Email: Danielle.OBannon@doj.ca.gov

Attorneys for Defendants Sayre and Horel

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TRACY TAYLOR,<br><br>                    Plaintiff,<br><br>v.<br><br>ROBERT HOREL, et al.,<br><br>                    Defendants. | C 07-5295 MHP<br><br>**DECLARATION OF C. WILBER IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS.** |

I, C. Wilber, declare as follows:

1. I am an Appeals Coordinator at Pelican Bay State Prison in Crescent City, California. As the Appeals Coordinator, my responsibilities include receiving, screening, logging, routing, and assigning appeals that are submitted by inmates. My duties also include monitoring the dispositions of these inmate appeals. I am competent to testify to the matters set forth in this declaration, and if called upon to do so, would and could so testify. I submit this declaration in support of Defendants' motion to dismiss.

2. In accordance with Title 15 of the California Code of Regulations, section 3084.6, an inmate must submit an inmate appeal within 15 working days of the event or the decision being

appealed, or of receiving an unacceptable lower level appeal decision. An appeal may be rejected if the time limits for submitting are exceeded. Cal. Code Regs. tit. 15, § 3084.3(c)(6). There are four levels of review: (1) informal resolution, (2) first formal level of review, (3) second formal level review by the institutional head or designee, (4) and third formal level review by a designated representative of the director under supervision of the chief, inmate appeals. *See* Cal. Code Regs. tit. 15, § 3084.5.

3. All the formal appeals submitted by inmates at Pelican Bay and accepted for review at the First and Second Level of Review at the institution are tracked in a computerized system. It contains the following information: the name and number of the inmate submitting the appeal, the log number of the appeal, date received, appeal issue, level of review, date completed at each level of review, and decision reached.

4. At the request of the Attorney General's Office, a computerized search of the institutional appeals database was conducted for inmate appeals submitted by inmate Tracy Taylor, CDCR No. E-13981, which were reviewed at Pelican Bay at the First and Second Level of Review.

5. Attached as Exhibit A is a true and correct copy of the computer print-out of the results of that search.

6. The record indicates that inmate Taylor submitted nineteen inmate appeals at Pelican Bay between August of 2006 and October of 2007. Only eight of the inmate appeals from August of 2006 to October of 2007 related to inmate Taylor's medical care and medical appliances. These appeals are:

    a. Appeal Log No. PBSP 06-02833, claiming two pair of medical appliances held in the locker by Sergeant Hill at California State Prison, Sacramento were not in his property. Inmate Taylor sought reimbursement in the sum of $450.00 or verification in writing that the prison is still in possession of both pairs of medical boots and arch supports and that they will be included with his property and placed on the bus. Attached as Exhibit B is a true and correct copy of Inmate Appeal No. PBSP-06-02833 and related documents.

    b. Appeal Log No. PBSP 06-02792, claiming that upon his arrival at Pelican Bay

1  Inmate Taylor's orthopedic boots were to be kept in the Receiving and Release department and
2  that Pelican Bay keep his boots until he is transferred to another prison. Inmate Taylor's appeal
3  bypassed the informal and formal level of review. Inmate Taylor's appeal was denied at the first
4  formal level of review on December 4, 2006 and Inmate Taylor's appeal was denied at the
5  second formal level of review on January 23, 2007. Attached as Exhibit C is a true and correct
6  copy of Inmate Appeal No. PBSP 06-02792 and related documents.

7      c. Appeal Log No. PBSP-07-00112, claiming that Pelican Bay and medical staff went
8  into his medical file and took out documentation that verifies that he is mobility impaired under
9  the ADA. Inmate Taylor's appeal was denied at the first formal level on February 22, 2007 and
10 denied at the second formal level on March 12, 2007. Attached as Exhibit D is a true and correct
11 copy of Inmate Appeal No. PBSP-07-00112 and related documents.

12     d. Appeal Log No. PBSP 06-02165, claiming that Pelican Bay staff inappropriately
13 denied his request to be designated mobility impaired, that Dr. Defendant Sayre be disciplined
14 for his mis-diagnoses, that he be designated mobility impaired, and that his shoes be returned.
15 The second level of review denied his appeal on November 30, 2006. Attached as Exhibit E is a
16 true and correct copy of Inmate Appeal No. PBSP 06-02165 and related documents.

17     e. Appeal Log No. PBSP No. PBSP 07-00291, claiming that he needed to purchase
18 orthopedic slippers to accommodate his mobility impairment. Inmate Taylor's appeal bypassed
19 the informal and first formal level of reviews. Inmate Taylor's appeal was denied at the first
20 formal level on February 16, 2007 and denied at the second formal level on March 15, 2007.
21 Attached as Exhibit F is a true and correct copy of Inmate Appeal No. PBSP 07-00291 and
22 related documents.

23     f. Appeal Log No. PBSP 07-00855, claiming that the medical department had no
24 record of him being under the ADA. Inmate Taylor's appeal was canceled on March 23, 2007
25 due to Inmate Taylor's lack of cooperation and refusal to interview with the reviewer of his
26 appeal. Attached as Exhibit G is a true and correct copy of Inmate Appeal No. PBSP 07-00855
27 and related documents.

28     g. Appeal Log No. PBSP 07-00750, claiming that pursuant to the director's level

1  appeal decision in inmate appeal number PBSP 07-02797, Pelican Bay must provide a substitute
2  at state expense for his medical appliance. Inmate Taylor's appeal was denied at the first formal
3  level on June 13, 2007, and denied at the second level on June 28, 2007. Attached as Exhibit H
4  is a true and correct copy of Inmate Appeal Log No. PBSP 07-00750 and related documents.

5     h.   Appeal Log No. PBSP 07-11182, claiming that Dr. Sayre's treatment of insoles
6  was causing his condition to worsen and his pain to increase. Inmate Taylor's inmate appeal
7  bypassed the informal level and first formal level of reviews. Inmate Taylor's appeal was denied
8  at the first formal level of review on October 12, 2007 and was denied at the second level of
9  review on October 19, 2007. Attached as Exhibit I is a true and correct copy of Inmate Appeal
10 Log No. PBSP 07-11182 and related documents.

11  7.   Inmate Taylor did not submit any inmate appeals related to any conduct performed by
12 Warden Horel from August 2007 to October of 2007.

13  8.   From August of 2006 to October of 2007, inmate Taylor did not submit any inmate
14 appeals related to the destruction of Inmate Taylor's orthopedic appliance.

15  9.   From August of 2006 to October of 2007, inmate Taylor never submitted an inmate
16 appeal related to the cancellation of an examination with an orthopedist.

17  I declare under penalty of perjury that the forgoing is true and correct.

18  Executed on July __18__, 2008, at Crescent City, California.

                                              _____
                                              C. Wilber
                                              Inmate Appeals Coordinator

Decl. of C. Wilbur Supp. Defs.' Mot. to Dismiss         Catanzarite v Horel, et al.
                                    4                   Case No. C 07-0677 WHA (PR)