# EXHIBIT A

Pelican Bay State Prison

CALIFORNIA DEPARTMENT OF CORRECTIONS

Inmate/Parolee Appeals Tracking System - Level I & II

Appeal Listing

06/20/2008

Sorted By: CDC Number

| CDC Number | Appellant Name | Area Of Origin | Issue | Log Number | Group Appeal |
|---|---|---|---|---|---|
| E13981 | TAYLOR, T | | | | |
| Level III Review: | | | Completed: 04/29/2007 | Disposition: GRANTED IN PART | |
| Level II Review: | Received: 11/13/2006 | A-BLD 5 | Completed: 01/02/2007 | Disposition: DENIED | |
| Level I Review: | | | Completed: 03/26/2007 | Disposition: GRANTED IN PART | |
| E13981 | TAYLOR, T | A-BLD 4 | PROPERTY | PBSP-A-06-02925 | |
| Informal Review: | Received: 10/10/2006 | | Completed: 10/10/2006 | Disposition: GRANTED IN PART | |
| Level I Review: | Received: 10/23/2006 | | Completed: 11/29/2006 | Disposition: GRANTED | |
| E13981 | TAYLOR, T | A-BLD 4 | MEDICAL | PBSP-A-06-02723 | |
| Level II Review: | Received: 11/02/2006 | | Completed: 12/12/2006 | Disposition: DENIED | |
| Level I Review: | | C-SHU 6 | | | |
| E13981 | TAYLOR, T | | PROPERTY | PBSP-C-06-02833 | |
| Level III Review: | | | Completed: 04/29/2007 | Disposition: GRANTED IN PART | |
| Informal Review: | Received: 11/07/2006 | A-BLD 4 | ADA | PBSP-A- | |
| E13981 | TAYLOR, T | | | | |
| Level II Review: | Received: 11/16/2006 | A-BLD 4 | PROPERTY | PBSP-A- | |
| E13981 | TAYLOR, T | | | | |
| Informal Review: | Received: 11/06/2006 | A-BLD 4 | LEGAL | PBSP-A-06-02996 | |
| E13981 | TAYLOR, T | | | Completed: 12/19/2006 | Disposition: SCREENED OUT |
| Level I Review: | Received: 11/20/2006 | A-BLD 4 | PROPERTY | PBSP-A-06-02870 | |
| | | | Completed: 12/28/2006 | Disposition: DENIED | |
| E13981 | TAYLOR, T | A-BLD 4 | LEGAL | PBSP-A-06-02935 | |
| Level II Review: | Received: 11/14/2006 | | Completed: 02/07/2007 | Disposition: SCREENED OUT | |
| Level I Review: | Received: 11/06/2006 | | Completed: 12/20/2006 | Disposition: SCREENED OUT | |
| E13981 | TAYLOR, T | A-BLD 4 | STAFF COMPLAINTS | PBSP-A- | |
| Level II Review: | Received: 11/21/2006 | | Completed: 11/21/2006 | Disposition: DENIED | |
| E13981 | TAYLOR, T | A-BLD 4 | PROPERTY | PBSP-A-06-03045 | |
| Informal Review: | Received: 11/27/2006 | | Completed: 12/20/2006 | Disposition: DENIED | |
| Level I Review: | | | Completed: 01/10/2007 | | |

Pelican Bay State Prison

CALIFORNIA DEPARTMENT OF CORRECTIONS
Inmate/Parolee Appeals Tracking System - Level I & II

Appeal Listing

06/20/2008

Sorted By: CDC Number

| CDC Number | Appellant Name | Area Of Origin | Issue | Log Number | Group Appeal |
|---|---|---|---|---|---|
| E13981 | TAYLOR, T | A-BLD 4 | ADA | PBSP-A-06-03080 | |
| Level I Review: Received: 11/22/2006 | | Due: 12/15/2006 | Completed: 12/12/2006 | Disposition: SCREENED OUT | |
| E13981 | TAYLOR, T | A-BLD 4 | PROPERTY | PBSP-A- | |
| Informal Review: Received: 11/15/2006 | | Due: 11/15/2006 | Completed: 11/15/2006 | Disposition: DENIED | |
| E13981 | TAYLOR, T | A-BLD 4 | PROGRAM | PBSP-A-06-03149 | |
| Informal Review: Received: 11/22/2006 | | Due: 11/22/2006 | Completed: 11/22/2006 | Disposition: DENIED | |
| Level I Review: Received: 12/11/2006 | | Due: 01/25/2007 | Completed: 01/25/2007 | Disposition: GRANTED IN PART | |
| Level II Review: Received: 01/29/2007 | | Due: 02/28/2007 | Completed: 02/22/2007 | Disposition: GRANTED IN PART | |
| Level III Review: | | | Completed: 01/15/2008 | Disposition: CANCELLED | |
| E13981 | TAYLOR, T | A-BLD 4 | PROGRAM | PBSP-A-07-00132 | |
| Level I Review: Received: 12/21/2006 | | Due: 02/06/2007 | Completed: 01/25/2007 | Disposition: DENIED | |
| Level II Review: Received: 01/29/2007 | | Due: 02/28/2007 | Completed: 03/06/2007 | Disposition: DENIED | |
| Level III Review: | | | Completed: 06/11/2007 | Disposition: DENIED | |
| E13981 | TAYLOR, T | A-BLD 4 | PROGRAM | PBSP-A-07-00357 | |
| Level I Review: Received: 02/13/2007 | | Due: 03/28/2007 | Completed: 03/28/2007 | Disposition: GRANTED IN PART | |
| Level II Review: Received: 03/29/2007 | | Due: 04/26/2007 | Completed: 04/25/2007 | Disposition: DENIED | |
| Level III Review: | | | Completed: 07/24/2007 | Disposition: DENIED | |
| E13981 | TAYLOR, T | A-BLD 4 | PROPERTY | PBSP-A-06-03203 | |
| Level I Review: Received: 12/18/2006 | | Due: 02/01/2007 | Completed: 01/25/2007 | Disposition: DENIED | |
| Level II Review: Received: 03/29/2007 | | Due: 02/28/2007 | Completed: 03/06/2007 | Disposition: DENIED | |
| Level III Review: | | | Completed: 06/14/2007 | Disposition: GRANTED IN PART | |
| E13981 | TAYLOR, T | A-BLD 4 | MAIL | PBSP-A-07-00101 | |
| Informal Review: Received: 01/16/2007 | | Due: 01/30/2007 | Completed: 01/16/2007 | Disposition: DENIED | |

Page: 5

Pelican Bay State Prison

CALIFORNIA DEPARTMENT OF CORRECTIONS
Inmate/Parolee Appeals Tracking System - Level I & II

Appeal Listing

06/20/2008

Sorted By: CDC Number

| CDC Number | Appellant Name | Area Of Origin | Issue | Log Number | Group Appeal |
|---|---|---|---|---|---|
| E13981 | TAYLOR, T | A-BLD 4 | | PBSP-A- | |
| Level I Review: Received: 01/18/2007 | | | Due: 03/05/2007 Completed: 03/07/2007 Disposition: DENIED | | |
| Level II Review: Received: 03/26/2007 | | | Due: 04/23/2007 Completed: 04/04/2007 Disposition: DENIED | | |
| Level III Review: | | | Completed: 07/03/2007 Disposition: DENIED | | |
| E13981 | TAYLOR, T | A-BLD 4 | LEGAL | PBSP-A- | |
| E13981 | TAYLOR, T | A-BLD 4 | PROPERTY | PBSP-A- | |
| E13981 | TAYLOR, T | A-BLD 4 | PROPERTY | PBSP-A-07-00125 | |
| Level I Review: Received: 01/19/2007 | | | Due: 03/06/2007 Completed: 02/20/2007 Disposition: GRANTED | | |
| Level II Review: Received: 02/27/2007 | | | Due: 03/27/2007 Completed: 03/09/2007 Disposition: GRANTED | | |
| E13981 | TAYLOR, T | A-BLD 4 | OTHER | PBSP-A- | |
| E13981 | TAYLOR, T | A-BLD 4 | PROPERTY | PBSP-A-07-00291 | |
| Level I Review: Received: 02/05/2007 | | | Due: 03/21/2007 Completed: 02/26/2007 Disposition: DENIED | | |
| Level II Review: Received: 02/27/2007 | | | Due: 03/27/2007 Completed: 03/20/2007 Disposition: DENIED | | |
| Level III Review: | | | Completed: 06/18/2007 Disposition: DENIED | | |
| E13981 | TAYLOR, T | A-BLD 4 | PROGRAM | PBSP-A-07-00162 | |
| Level I Review: Received: 01/23/2007 | | | Due: 03/08/2007 Completed: 02/20/2007 Disposition: GRANTED | | |
| E13981 | TAYLOR, T | A-BLD 4 | DISCIPLINARY | PBSP-A-07-00228 | |
| Level II Review: Received: 01/29/2007 | | | Due: 03/14/2007 Completed: 03/14/2007 Disposition: DENIED | | |
| Level III Review: | | | Completed: 05/31/2007 Disposition: DENIED | | |
| E13981 | TAYLOR, T | A-BLD 4 | DISCIPLINARY | PBSP-A- | |
| E13981 | TAYLOR, T | A-BLD 4 | PROPERTY | PBSP-A- | |
| E13981 | TAYLOR, T | A-BLD 4 | PROPERTY | PBSP-A- | |
| E13981 | TAYLOR, T | A-BLD 4 | PROPERTY | PBSP-A- | |

Pelican Bay State Prison

CALIFORNIA DEPARTMENT OF CORRECTIONS
Inmate/Parolee Appeals Tracking System - Level I & II

06/20/2008

Appeal Listing

Sorted By: CDC Number

| CDC Number | Appellant Name | Area Of Origin | Issue | Log Number | Group Appeal |
|---|---|---|---|---|---|
| E13981 | TAYLOR, T | A-BLD 4 | CASE INFO./RECORDS | PBSP-A- | |
| Informal Review: | | Received: 02/22/2007 | Due: 03/08/2007 | Completed: 02/22/2007 | Disposition: GRANTED IN PART |
| E13981 | TAYLOR, T | A-BLD 4 | PROPERTY | PBSP-A- | |
| Informal Review: | | Received: 03/26/2007 | Due: 04/09/2007 | Completed: 03/26/2007 | Disposition: GRANTED IN PART |
| E13981 | TAYLOR, T | A-BLD 4 | LEGAL | PBSP-A- | |
| E13981 | TAYLOR, T | A-BLD 4 | PROPERTY | PBSP-A-07-00647 | |
| Level II Review: | | Received: 03/16/2007 | Due: 04/27/2007 | Completed: 04/25/2007 | Disposition: DENIED |
| E13981 | TAYLOR, T | A-BLD 4 | CUSTODY/CLASS. | PBSP-A- | |
| E13981 | TAYLOR, T | A-BLD 4 | PROGRAM | PBSP-A-07-00654 | |
| Level I Review: | | Received: 03/19/2007 | Due: 04/30/2007 | Completed: 04/03/2007 | Disposition: GRANTED IN PART |
| Level II Review: | | Received: 04/09/2007 | Due: 05/07/2007 | Completed: 05/03/2007 | Disposition: GRANTED IN PART |
| Level III Review: | | | | Completed: 08/01/2007 | Disposition: DENIED |
| E13981 | TAYLOR, T | A-BLD 1 | LIVING CONDITIONS | PBSP-A- | |
| Level II Review: | | Received: 04/03/2007 | Due: 05/15/2007 | Completed: 05/11/2007 | Disposition: GRANTED IN PART |
| E13981 | TAYLOR, T | A-BLD 4 | PROPERTY | PBSP-A-07-00737 | |
| E13981 | TAYLOR, T | A-BLD 4 | PROGRAM | PBSP-A- | |
| Level I Review: | | Received: 04/06/2007 | Due: 05/18/2007 | Completed: 05/08/2007 | Disposition: DENIED |
| E13981 | TAYLOR, T | A-BLD 5 | PROGRAM | PBSP-A-07-00771 | |
| Level II Review: | | Received: 05/10/2007 | Due: 06/08/2007 | Completed: 05/24/2007 | Disposition: DENIED |
| E13981 | TAYLOR, T | A-BLD 4 | STAFF COMPLAINTS | PBSP-A-07-00843 | |
| Level I Review: | | Received: 04/16/2007 | Due: 05/29/2007 | Completed: 05/29/2007 | Disposition: DENIED |
| E13981 | TAYLOR, T | A-BLD 5 | CUSTODY/CLASS. | PBSP-A-07-01077 | |

Pelican Bay State Prison

CALIFORNIA DEPARTMENT OF CORRECTIONS
Inmate/Parolee Appeals Tracking System - Level I & II

06/20/2008

Appeal Listing

Sorted By: CDC Number

| CDC Number | Appellant Name | Area Of Origin | Issue | Log Number | Group Appeal |
|---|---|---|---|---|---|
| E13981 | TAYLOR, T | A-BLD 4 | MEDICAL | PBSP-A-07-00855 | |
| Informal Review: | Received: 05/09/2007 | Due: 05/23/2007 | Completed: 05/09/2007 | Disposition: DENIED | |
| Level I Review: | Received: 05/10/2007 | Due: 06/22/2007 | Completed: 06/19/2007 | Disposition: DENIED | |
| Level II Review: | Received: 06/27/2007 | Due: 07/26/2007 | Completed: 07/19/2007 | Disposition: DENIED | |
| Level III Review: | | | Completed: 10/30/2007 | Disposition: DENIED | |
| E13981 | TAYLOR, T | A-BLD 4 | MEDICAL | PBSP-A-07-00901 | |
| Informal Review: | Received: 03/06/2007 | Due: 03/20/2007 | Completed: 03/06/2007 | Disposition: DENIED | |
| Level I Review: | Received: 03/12/2007 | Due: 04/23/2007 | Completed: 04/18/2007 | Disposition: CANCELLED | |
| E13981 | TAYLOR, T | A-BLD 5 | MEDICAL | PBSP-A-07-00968 | |
| Informal Review: | Received: 02/20/2007 | Due: 03/06/2007 | Completed: 02/20/2007 | Disposition: GRANTED IN PART | |
| Level I Review: | Received: 03/13/2007 | Due: 04/24/2007 | Completed: 04/23/2007 | Disposition: GRANTED | |
| E13981 | TAYLOR, T | A-BLD 5 | MAIL | PBSP-A-07-01023 | |
| Level I Review: | Received: 04/26/2007 | Due: 06/08/2007 | Completed: 05/10/2007 | Disposition: DENIED | |
| Level II Review: | Received: 05/14/2007 | Due: 06/12/2007 | Completed: 06/06/2007 | Disposition: DENIED | |
| E13981 | TAYLOR, T | A-BLD 5 | STAFF COMPLAINTS | PBSP-A-07-01039 | |
| Level I Review: | Received: 05/03/2007 | Due: 06/15/2007 | Completed: 05/30/2007 | Disposition: DENIED | |
| Level II Review: | Received: 06/11/2007 | Due: 07/10/2007 | Completed: 07/03/2007 | Disposition: DENIED | |
| E13981 | TAYLOR, T | A-BLD 5 | LIVING CONDITIONS | PBSP-A-07-01036 | |
| Level I Review: | Received: 05/04/2007 | Due: 06/18/2007 | Completed: 05/16/2007 | Disposition: DENIED | |
| Level II Review: | Received: 05/22/2007 | Due: 06/20/2007 | Completed: 06/12/2007 | Disposition: DENIED | |
| Level III Review: | | | Completed: 08/23/2007 | Disposition: CANCELLED | |
| E13981 | TAYLOR, T | A-BLD 5 | PROGRAM | PBSP-A-07-01036 | |
| Level I Review: | Received: 05/04/2007 | Due: 06/18/2007 | Completed: 05/29/2007 | Disposition: DENIED | |
| Level II Review: | Received: 05/31/2007 | Due: 06/28/2007 | Completed: 06/12/2007 | Disposition: DENIED | |
| E13981 | TAYLOR, T | A-BLD 5 | PROGRAM | PBSP-A-07-01075 | |

Pelican Bay State Prison

CALIFORNIA DEPARTMENT OF CORRECTIONS
Inmate/Parolee Appeals Tracking System - Level I & II

06/20/2008

Sorted By: CDC Number

Appeal Listing

| CDC Number | Appellant Name | Area Of Origin | Issue | Log Number | Group Appeal |
|---|---|---|---|---|---|
| Level I Review: | Received: 05/10/2007 | Due: 06/22/2007 | Completed: 05/29/2007 | Disposition: WITHDRAWN | |
| E13981 | TAYLOR, T | A-BLD 5 | LIVING CONDITIONS | PBSP-A- | |
| E13981 | TAYLOR, T | A-BLD 5 | LIVING CONDITIONS | PBSP-A- | |
| E13981 | TAYLOR, T | A-BLD 5 | PROPERTY | PBSP-A- | |
| E13981 | TAYLOR, T | A-BLD 5 | DISCIPLINARY | PBSP-A-07-01364 | |
| Level II Review: | Received: 06/18/2007 | Due: 07/31/2007 | Completed: 07/24/2007 | Disposition: DENIED | |
| E13981 | TAYLOR, T | A-BLD 5 | PROPERTY | PBSP-A-01877 | |
| E13981 | TAYLOR, T | A-BLD 5 | LEGAL | PBSP-A- | |
| E13981 | TAYLOR, T | A-BLD 5 | PROPERTY | PBSP-A- | |
| E13981 | TAYLOR, T | A-BLD 5 | PROPERTY | PBSP-A- | |
| Level I Review: | Received: 08/28/2007 | Due: 10/11/2007 | Completed: 10/04/2007 | Disposition: DENIED | |
| Level II Review: | Received: 10/17/2007 | Due: 11/15/2007 | Completed: 11/14/2007 | Disposition: DENIED | |
| E13981 | TAYLOR, T | A-BLD 5 | LIVING CONDITIONS | PBSP-A- | |
| Informal Review: | Received: 09/13/2007 | Due: 09/13/2007 | Completed: 09/13/2007 | Disposition: DENIED | |
| E13981 | TAYLOR, T | A-BLD 5 | WORK INCENTIVE | PBSP-A-07-02022 | |
| Level I Review: | Received: 09/18/2007 | Due: 10/31/2007 | Completed: 10/30/2007 | Disposition: DENIED | |
| Level II Review: | Received: 11/01/2007 | Due: 12/04/2007 | Completed: 12/04/2007 | Disposition: DENIED | |
| E13981 | TAYLOR, T | A-BLD 5 | PROPERTY | PBSP-A- | |
| E13981 | TAYLOR, T | A-BLD 5 | PROPERTY | PBSP-A-07-02082 | |
| Level I Review: | Received: 09/25/2007 | Due: 11/07/2007 | Completed: 10/12/2007 | Disposition: WITHDRAWN | |
| E13981 | TAYLOR, T | A-BLD 5 | FUNDS | PBSP-A-07-02075 | |

Page: 9

Pelican Bay State Prison

**CALIFORNIA DEPARTMENT OF CORRECTIONS**
Inmate/Parolee Appeals Tracking System - Level I & II

Appeal Listing

Sorted By: CDC Number

| CDC Number | Appellant Name | Area Of Origin | Issue | Log Number | Group Appeal |
|---|---|---|---|---|---|
| E13981 | TAYLOR, T | Informal Review: Received: 09/20/2007 | A-BLD 5 Due: 09/20/2007 | Completed: 09/20/2007 PROPERTY | Disposition: DENIED PBSP-A- |
| E13981 | TAYLOR, T | Level I Review: Received: 09/24/2007 | A-BLD 5 Due: 11/06/2007 | Completed: 11/07/2007 PROPERTY | Disposition: DENIED PBSP-A- |
| E13981 | TAYLOR, T | Level II Review: Received: 11/14/2007 | A-BLD 5 Due: 12/14/2007 | Completed: 12/17/2007 TRANSFER | Disposition: DENIED PBSP-A- |
| E13981 | TAYLOR, T | Level I Review: Received: 11/21/2007 | A-BLD 5 Due: 01/08/2008 | Completed: 01/29/2008 STAFF COMPLAINTS | Disposition: GRANTED IN PART PBSP-A-07-02586 |
| E13981 | TAYLOR, T | Level II Review: Received: 02/04/2008 | A-BLD 5 Due: 03/12/2008 | Completed: 03/14/2008 | Disposition: GRANTED IN PART |
| E13981 | TAYLOR, T | Level I Review: Received: 12/04/2007 | A-BLD 5 Due: 01/17/2008 | Completed: 01/09/2008 STAFF COMPLAINTS | Disposition: GRANTED IN PART PBSP-A-07-02671 |
| E13981 | TAYLOR, T | Level II Review: Received: 01/14/2008 | A-BLD 5 Due: 02/13/2008 | Completed: 01/30/2008 DISCIPLINARY | Disposition: DENIED PBSP-A- |
| E13981 | TAYLOR, T | Level III Review: Received: 12/28/2007 | A-BLD 5 Due: 01/29/2008 | Completed: 05/13/2008 TRANSFER | Disposition: DENIED PBSP-A- |
| E13981 | TAYLOR, T | Level I Review: Received: 12/10/2007 | A-BLD 5 Due: 01/24/2008 | Completed: 12/27/2007 PROPERTY | Disposition: DENIED PBSP-A-07-02741 |
| E13981 | TAYLOR, T | Level II Review: Received: | | Completed: 01/22/2008 | Disposition: DENIED |
| E13981 | TAYLOR, T | Level III Review: Received: | | Completed: 04/29/2008 WORK INCENTIVE | Disposition: DENIED |
| E13981 | TAYLOR, T | Informal Review: Received: 12/15/2007 | A-BLD 5 Due: 12/15/2007 | Completed: 12/15/2007 | Disposition: DENIED PBSP-A-07-02844 |
| E13981 | TAYLOR, T | Level I Review: Received: 12/20/2007 | A-BLD 5 Due: 02/05/2008 | Completed: 01/17/2008 | Disposition: DENIED |

06/20/2008

Page: 10

Pelican Bay State Prison

CALIFORNIA DEPARTMENT OF CORRECTIONS
Inmate/Parolee Appeals Tracking System - Level I & II

06/20/2008

Appeal Listing

Sorted By: CDC Number

| CDC Number | Appellant Name | Area Of Origin | Issue | Log Number | Group Appeal |
|---|---|---|---|---|---|
| E13981 | TAYLOR, T | A-BLD 5 | PROGRAM | PBSP-A-08-00031 | |
| Level I Review: | Received: 01/04/2008 | | Due: 02/20/2008 | Completed: 01/17/2008 | Disposition: DENIED |
| E13981 | TAYLOR, T | A-BLD 5 | WORK INCENTIVE | PBSP-A- | |
| Level II Review: | Received: 01/22/2008 | | Due: 03/07/2008 | Completed: 03/07/2008 | Disposition: DENIED |
| E13981 | TAYLOR, T | A-BLD 5 | WORK INCENTIVE | PBSP-A- | |
| Level I Review: | Received: 01/28/2008 | | Due: 03/12/2008 | Completed: 02/14/2008 | Disposition: DENIED |
| E13981 | TAYLOR, T | B-BLD 8 | DISCIPLINARY | PBSP-B-08-00227 | |
| Level II Review: | Received: 02/15/2008 | | Due: 03/17/2008 | Completed: 03/07/2008 | Disposition: DENIED |
| E13981 | TAYLOR, T | B-BLD 8 | WORK INCENTIVE | PBSP-B-08-00408 | |
| Informal Review: | Received: 01/30/2008 | | Due: 01/30/2008 | Completed: 01/30/2008 | Disposition: DENIED |
| E13981 | TAYLOR, T | B-BLD 8 | PROPERTY | PBSP-B- | |
| Level I Review: | Received: 02/11/2008 | | Due: 03/25/2008 | Completed: 02/21/2008 | Disposition: DENIED |
| E13981 | TAYLOR, T | B-BLD 8 | PROGRAM | PBSP-A- | |
| Level II Review: | Received: 02/26/2008 | | Due: 03/25/2008 | Completed: 03/17/2008 | Disposition: DENIED |
| E13981 | TAYLOR, T | B-BLD 8 | TRANSFER | PBSP-B-08-01405 | |
| Informal Review: | Received: 02/26/2008 | | Due: 03/11/2008 | Completed: 02/26/2008 | Disposition: |
| Level I Review: | Received: 05/20/2008 | | Due: 07/02/2008 | Completed: 06/11/2008 | Disposition: DENIED |
| E13981 | TAYLOR, T | B-BLD 8 | PROGRAM | PBSP-B-08-00836 | |
| Informal Review: | Received: 03/12/2008 | | Due: 03/12/2008 | Completed: 03/12/2008 | Disposition: DENIED |
| Level I Review: | Received: 03/25/2008 | | Due: 05/20/2008 | Completed: 05/08/2008 | Disposition: DENIED |

Page: 11

Pelican Bay State Prison

CALIFORNIA DEPARTMENT OF CORRECTIONS
Inmate/Parolee Appeals Tracking System - Level I & II

06/20/2008

Appeal Listing

Sorted By: CDC Number

| CDC Number | Appellant Name | Area Of Origin | | | Issue | Log Number | Group Appeal |
|---|---|---|---|---|---|---|---|
| E13981 | TAYLOR, T | B-BLD 8 | | | PROGRAM | PBSP-B-08-00655 | |
| Informal Review: | Received: 02/11/2008 | Due: 02/11/2008 | Completed: 02/11/2008 | Disposition: DENIED | | | |
| Level I Review: | Received: 03/06/2008 | Due: 04/17/2008 | Completed: 03/28/2008 | Disposition: GRANTED IN PART | | | |
| Level II Review: | Received: 04/07/2008 | Due: 05/05/2008 | Completed: 04/15/2008 | Disposition: GRANTED IN PART | | | |
| E13981 | TAYLOR, T | B-BLD 8 | | | PROPERTY | PBSP-B-08-00725 | |
| Informal Review: | Received: 03/07/2008 | Due: 03/07/2008 | Completed: 03/07/2008 | Disposition: DENIED | | | |
| Level I Review: | Received: 03/14/2008 | Due: 04/25/2008 | Completed: 03/26/2008 | Disposition: DENIED | | | |
| Level II Review: | Received: 04/01/2008 | Due: 04/29/2008 | Completed: 04/10/2008 | Disposition: DENIED | | | |
| E13981 | TAYLOR, T | B-BLD 8 | | | PROGRAM | PBSP-B- | |
| E13981 | TAYLOR, T | B-BLD 8 | | | PROGRAM | PBSP-B-08-01098 | |
| Level I Review: | Received: 04/21/2008 | Due: 06/03/2008 | Completed: 05/28/2008 | Disposition: DENIED | | | |
| Level II Review: | Received: 06/02/2008 | Due: 06/30/2008 | Completed: | Disposition: | | | |
| E13981 | TAYLOR, T | B-BLD 5 | | | CUSTODY/CLASS. | PBSP-B-08-01253 | |
| Level I Review: | Received: 05/05/2008 | Due: 06/17/2008 | Completed: 05/28/2008 | Disposition: DENIED | | | |
| E13981 | TAYLOR, T | B-BLD 8 | | | LIVING CONDITIONS | PBSP-B- | |
| Level I Review: | Received: 06/06/2008 | Due: 07/21/2008 | Completed: | Disposition: | | | |
| E13981 | TAYLOR, T | B-BLD 8 | | | LEGAL | PBSP-B- | |
| E13981 | TAYLOR, T | B-BLD 8 | | | PROGRAM | PBSP-B-08-01589 | |
| E13981 | TAYLOR, T | B-BLD 8 | | | TRANSFER | PBSP-B-08-01703 | |
| Level I Review: | Received: 06/19/2008 | Due: 08/01/2008 | Completed: | Disposition: | | | |

Total: 133