# EXHIBIT B

**INMATE/PAROLEE APPEAL FORM**
CDC 602 (12/87)

Location: Institution/Parole Region
1. SAC-R
2. PBSP

Log No.
1. 06-01814
2. C06-02833

Category: 5
mud-app in R+R

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| Tracy Taylor | E-13981 | | C6-127 |

A. Describe Problem: I had two pair of medical appliances held in the locker of R+R which Sgt Hill had placed in untill pending instructions on what to do with them came from Sacramento. Sgt. Hill told me via phone that both medical appliances were being kept in his locker, however my property was transpacked and sent to Delano and eventually brought back and neither medical appliance (MA) was in my property custody is known for verbally telling inmate's lies. also my MA was once before stolen while in custody care and only after I filed a lawsuit that the MA reappeared one year later!. In the month of July I sent two request for interview to R+R to have verified on paper that both MA were being kept and are still in R+R, and that when I transpack that both MA at shall be placed in my property and R+R failed to respoused.

If you need more space, attach one additional sheet.

B. Action Requested: Reimbursement in the sum of 8450.00, and or (2) verification in writing that R+R is still in possession of both pair of medical boots, arche supports etc, and it will be included with my (transpacked) properly and placed on the bus.

Inmate/Parolee Signature: _____   Date Submitted: 7-6-06

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response:

BYPASS

Staff Signature: _____   Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

BYPASS

Signature: _____   Date Submitted: _____
Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

CDC Appeal Number:

OCT 23 2006
NOV 02 2006
2ND CSP-SAC

First Level   ☒ Granted   ☐ P. Granted   ☐ Denied   ☐ Other _____
E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: 08.21-06   Due Date: 10.03.06
Interviewed by: _____

See Att/better

Staff Signature: M. W. _____   Title: Sgt   Date Completed: 8-29-06
Division Head Approved:
Signature: _____   Title: Capt   Returned Date to Inmate: 09.11.06

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

There is no receipt which shows that two pair of personal boots was mailed from CSP-Sac to Vallejo Ca. CSP-Sac is known for lieing about their actions so unless proof can be provided Sgt Hill is still liable for the theft of my property.

Signature: _____   Date Submitted: 10-20-06

Second Level   ☐ Granted   ☐ P. Granted   ☒ Denied   ☐ Other _____
G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: 11-2-06/11.27.06   Due Date: 12-19-06/12.26.06
☐ See Attached Letter

Signature: _____   Date Completed: 12/4/06
Warden/Superintendent Signature: _____   Date Returned to Inmate: 12.13.06

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

Signature: _____   Date Submitted: _____

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION:   ☐ Granted   ☐ P. Granted   ☐ Denied   ☐ Other _____
☐ See Attached Letter
Date: _____

CDC 602 (12/87)

In the past R&R has threaten me to send my MA out or they would confiscate them this was an attempt to steal my MA, again because for staff does not have the Authority to force an inmate to send it home, or the authority to destroy or confiscate the MA. the disallowance of Health care appliance is outline in DOM 54030.11.1, which mandate replacement or modification of the MA and not confiscation or destruction. therefore if Staff has now stolen my MA, it is First a crime, and second because it is the action of Staff I am to receive compensation under title 15 3293

Two pair of boot's costing $190.00 each, plus arch supports and sock's add up to $450.00

I tried to get an informal response ~~for~~ from Sgt hill by sending him request for interviews and on July 8 I sent a 602 however it did not have a log # on it, therefore the 602 was never answered it was thrown away.

~~Issu~~

Rule's governering this Appeal is title 15 3193 (b) and D.O.M 54030.11.1. First revised on March 2, 2005 transmittal Letter number 05-01.

RE: California State Prison-Sacramento (SAC)
Second Level Reviewer's Response
Appeal Log #SAC-R-06-01814
Date: December 4, 2006
Page: 1 of 1

**C-FILE COPY**

Inmate: TAYLOR (E-13981)

## APPEAL ISSUE

PROPERTY

## APPEAL DECISION

DENIED

## APPEAL RESPONSE

Correctional Lieutenant T. S. Ventimiglia, Appeals Investigator, was assigned to review your appeal at the Second Level of Review. All submitted documentation and supporting arguments have been considered, including the interview conducted at the First Level of Review. Additionally, a thorough inquiry has been conducted regarding the claim presented by you and evaluated in accordance with SAC Operational Procedures (OP) and the California Code of Regulations (CCR), Title 15.

## SUMMARY OF APPEAL

You contend that while you were housed at CSP-Sacramento, the Receiving & Release (R&R) Sergeant, P. Hill, confiscated 2 pairs of "medical appliances" (boots). You are alleging staff at SAC have either lost or stolen those boots.

You are requesting reimbursement in the amount of $450.00 for the boots, arch supports and socks.

## SUMMARY OF INVESTIGATION

You have since been transferred to Pelican Bay State Prison (PBSP); therefore, Lieutenant Ventimiglia contacted Officer J. McMurtry at PBSP, R&R. Officer McMurtry stated they had confiscated one pair of boots upon your arrival and that you had another pair in your property. He also stated that you would not be issued them, as they are not allowed at PBSP.

On November 30, 2006, Lieutenant Ventimiglia conducted a telephone interview with you. You informed him that PBSP did have 2 pair of boots; however, they are not the boots outlined in your appeal. After a thorough review of the First Level response by Sergeant M. Long, which indicates you were interviewed on August 29, 2006, and at that time SAC was in possession of your boots, it would appear that your appeal has merit as you were transferred to PBSP on or about August 8, 2006.

California State Prison-Sacramento (SAC)
Second Level Review
Appeal Log#SAC-C-05-0
Inmate: ()
Date:
Page: 2 of 2

Lieutenant Ventimiglia contacted R&R Sergeant P. Hill on December 1, 2006. It was verified that your 2 pairs of boots, arch supports and socks were shipped via United Parcel Service (UPS) to I. McDowell, 355 Parkview Terrace #A-2, Vallejo, CA 94589 per your request. According to UPS, that shipment was delivered on Friday, September 15, 2006, at 11:26 am. Attached is a copy of the shipment record with the UPS tracking number.

**APPEAL DECISION**

For the reasons cited above, your appeal is denied at the Second Level of Review.


A. J. MALFI
Warden (A)

AJM:tsv

cc:   Inmate Appeals Unit
      Central File

**UPS Shipping Record**

UPS Shipping Record No. 001 K746484 86 6
Tracking Number: 1Z 174 45W 03 1002 344 4

**1. FROM — Company Name and Address**
CALIFORNIA STATE PRISON
OLD REPRESA RD
REPRESA CA 95671 0001

UPS Account Number: 174-45W
Shipment Date: [illegible] 06

**2. Receiver's Name and Address**

Entry 1:
I. McDowell
Taylor E13981
355 Parkview Terrace #A-2
City: Vallejo    State: CA    Postal/ZIP: 94589

Entries 2, 3, 4: [redacted]

**3. Service Level:** Ground (X marked on entries)

**4. Package Information:**
- Entry 1: Weight 9
- Entry 2: Weight 10

**6. Tracking Number:** 1Z 174 45W 03 1002 344 4

**7.** [Collect billing options]
Tracking Number: 1Z 174 45W 03 1002 347 1

**8. Other Information:**
- Chess Set
- 1 pr. Shoes, Socks & inserts
- 1 bx personal prop.

Form Number 01120205 REV 2/00 M

RE: California State Prison – Sacramento (SAC)
First Level Reviewer's Response
Appeal Log #: SAC-R-06-01814
Date: August 30, 2006

Inmate:    TAYLOR (E-13981)

## APPEAL RESPONSE

Correctional Sergeant M. W. Long was assigned to review your appeal at the First Level of Review, and you were interviewed on August 29, 2006.

## SUMMARY OF APPEAL

You are requesting that you be reimbursed in the amount of $450.00 or verification in writing that SAC Receiving and Release (R&R) is in possession of both pair of medical boots and arch support's and will be included with transpacked property.

## SUMMARY OF INVESTIGATION

A review of your complaint revealed that SAC R&R still has those items. You have requested that these items be mail home to Ingram McDowell.

## APPEAL DECISION

For the reasons cited above, your appeal is granted.

M. W. LONG
Correctional Sergeant

MWL:ssg

ATTENTION
APPEAL COORDINATOR

Taylor E-13981
11-1-06

Mr. Wilber you sent my 602 back without sending it to the next level because you said I have been notified in writing by Sgt Long of CSP-Sac regarding the location of my property. Sir I don't dispute that, however I know it's hard for you to believe this but officials at CSP-Sac are known for stealing inmates property and lying about that property.

The Sgt said he sent my property home, but when I called home and asked about it, it was not there. In the past CSP-Sac officials stole a pair of my personal boots and I had to file a lawsuite for them to force the C/O whom stole them to replace them with another pair, which they did. Now Mr Wilber they are saying they sent it home, but my family have not received it and the Sgt did not include a copy of the receipt which would verify it was mailed. Therefore they are responsible.

Furthermore if I'm not satisfied with the response of an appeal (whether it is granted or not) I have an absolute right to send the appeal to the next level. I choosing to send this 602 to the next level. So please send it to the next level.

Sir it took you 14 day's just to send this 602 back to me so I should not be penalized.

State of California · Department of Corrections and Rehabilitation
CDC Form 695

## INMATE/PAROLEE DISCIPLINARY APPEALS SCREENING FORM

Name: TAYLOR    PBSP Log #: _____

Number: E-13981    Housing: C/C 127

YOUR APPEAL IS BEING REJECTED/CANCELLED AND RETURNED FOR THE FOLLOWING:

Screening Appeals Rejection Criteria:

[ ] 1. The resolution is not within CDC's jurisdiction. See CCR, Title 15, Sections 3084.2(e) and 3084.3(c)(1).

[ ] 2. The appeal duplicates the inmates previous appeal. See CCR, Title 15, Section 3084.3(c)(2).
   [ ] (a) Your appeal has been screened out on _____ for _____.
   [ ] (b) Your appeal is being reviewed at the _____ Level, Log # _____.
   [ ] (c) Your appeal has been completed at the _____ Level, Log # _____.

[ ] 3. The appeal concerns an anticipated action or decision. See CCR, Title 15, Section 3084.3(c)(3).

[ ] 6. The appeal exceeds the 15 working days time limit, and the inmate has failed to offer a credible explanation as to why he could/did not submit the appeal within the time limit. See CCR, Title 15, Sections 3084.2(c), 3084.3(c)(6), and 3084.6(c).

[ ] 8. Abuse of the Appeal Process/Right to Appeal.
   [ ] (a) Excessive filings. Submission of more than one non-emergency appeal within a seven-calendar-day period is excessive. See CCR, Title 15, Section 3084.4(a).
   [ ] (b) Inappropriate statements. The Appeal contains false information, profanity, or obscene language. The appeal is rejected. See CCR, Title 15, Section 3084.4(b).
   [ ] (c) Excessive verbiage. Appeal cannot be understood or is obscured by pointless verbiage or voluminous, unrelated documentation. See CCR, Title 15, Section 3084.4(c).
      [ ] (1) Only allowed 1 added page, front and back, to describe the problem and action requested in Sections A and B, per CCR, Title 15, Section 3084.2(a)(1).
      [ ] (2) Only supporting documentation necessary to clarify appeal shall be attached to the appeal, per CCR, Title 15, Section 3084.2(a)(2).
   [ ] (d) Lack of cooperation. Appellant refused to cooperate and/or interview with the reviewer which has resulted in cancellation of the appeal, per CCR, Title 15, Section 3084.4(d).
      [ ] (1) Your appeal was screened out and returned to you with instructions:
         [ ]        [ ]        [ ]
   [ ] (e) Failed to reasonably demonstrate the decision, action, policy, or condition as having an adverse affect upon the inmate's welfare, per CCR, Title 15, Section 3084.1(a).
   [ ] (f) This is a request for information. It is not an appeal. Write a note (GA-22, Request For Interview form or CDC-7362, Medical Request form).

[ ] 9. Cannot appeal on behalf of another inmate/person. See CCR, Title 15, Sections 3084.2(d) and 3084.3(c)(7).

[X] 10. Issue resolved at previous level of Appeal review. See CCR, Title 15, Sections 3084.3(c)(8) and 3084.4(d).

Comments: YOU HAVE BEEN NOTIFIED IN WRITING BY SGT. LONG REGARDING THE LOCATION AND DISPOSITION OF YOUR PROPERTY.

_____    OCT 27 2006
C. E. WILBER                Date
Appeals Coordinator

This screening decision may not be appealed unless you can support an argument that the above is inaccurate. In such a case, please return this form to the Appeals Office with the necessary supporting information.

**PERMANENT APPEAL ATTACHMENT - DO NOT REMOVE**
PBSP    (Rev. 10/06)    CCR 3084.3(d)    PBSP