# EXHIBIT C

# INMATE/PAROLEE APPEAL FORM
CDC 602 (12/87)

Location: Institution/Parole Region: **PBSP**    Log No. A-06-02792    Category: 5/2

WANTS R&R TO STORE DIS-ALLOW P27/ B00

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

NAME: Tracy Taylor    NUMBER: E-13981    ASSIGNMENT:    UNIT/ROOM NUMBER: A4-222

**A. Describe Problem:** I arrived here on 8-9-06 and my orthopedic boots was, are being kept in R&R in accordance with the federal court order protocols in armstrong remedial plan. Futhermore, I properly obtained my prescribed orthopedic appliance while in the D.O.C.R. in fact I paid $420.00 to a podiatrist that was contracted by Salinas Valley State Prison. therefore under 3358(b) I shall not be deprived of my appliance. however since P.B.S.P. says my orthopedic boots if retained by me presents a serious threat to people, then your own rules mandate that staff control the boots. Therefore P.B.S.P. is the only level four prison that will not allow me to wear my boots then P.B.S.P. is obligated to hold onto my boots untill I'm transfered to another prison.

If you need more space, attach one additional sheet.

**B. Action Requested:** (1) orthopedic boots held pending outcome of appeals. (2) orthopedic boots controlled by staff untill I'm transfered, then the boots placed in my property and transfered with me, or (3) In accordance with D.O.M? 62080.15 transfere me back to CSP-Sac were I was allowed to wear the medical boots, or (4) my medical boots given back to me per CCR 3358(b) and federal court ord of armstrong.

Inmate/Parolee Signature: _____    Date Submitted: 10-16-06

**C. INFORMAL LEVEL** (Date Received: _____)

Staff Response:

BYPASS

Staff Signature: _____    Date Returned to Inmate: _____

**D. FORMAL LEVEL**
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

BYPASS

Signature: _____    Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

CDC Appeal Number: _____

OCT 20 2006    OCT 31 2006    DEC 15 2006
ZC          1ST/AW-CS    2ND APPEALS

## FIRST LEVEL APPEAL RESPONSE

RE:   PELICAN BAY STATE PRISON
      Appeal Log No. PBSP-A06-02792
      First Level Reviewer's Response

**INMATE NAME:**   TAYLOR, E13981

**APPEAL DECISION:**   **DENIED**

### APPEAL ISSUE:

(Modified) TAYLOR is requesting: 1) his boots be issued to him; 2) kept by staff and issued to him when he needs them; 3) to be transferred to an institution where he would be allowed to possess the boots; or 4) keep pending the completion of the appeals process.

### APPEAL RESPONSE:

Correctional Sergeant S. Bradley was assigned to respond to TAYLOR's appeal on November 13, 2006. TAYLOR was interviewed regarding this appeal on November 20, 2006. TAYLOR had no further information regarding the issue he is appealing.

A review of TAYLOR's Central File produced a California Department of Corrections and Rehabilitation (CDCR) 128C dated September 29, 2006, stating TAYLOR needs the use of insoles and state approved shoes for the duration of one year. Two CDCR 1845 forms dated August 10, 2004 and September 27, 2006, both stating there is no verification of TAYLOR's claim of having mobility impairment. One of the forms removes TAYLOR from the Disability Placement Program.

### FINDINGS:

There is no indication TAYLOR is in need of orthopedic shoes. TAYLOR's boots will be disposed of in accordance with the Department Operations Manual 54030.12.2.

Based on the above, your appeal is **DENIED** at the First Level of Review.

_____  11/28/06           _____  12/4/06
C. E. DUCART           Date                M. D. YAX              Date
Correctional Captain                       Associate Warden
Central Services                           Central Services

C-FILE

| PELICAN BAY STATE PRISON |
|---|
| SECOND LEVEL REVIEW |

DATE: JAN 2 3 2007

Inmate TAYLOR, E-13981
Pelican Bay State Prison
Facility A, General Population
Building 4, Cell 222

RE:  WARDEN'S LEVEL DECISION              APPEAL: DENIED
     APPEAL LOG NO. PBSP-A-06-02792        ISSUE: PROPERTY

This matter was reviewed by ROBERT A. HOREL, Warden, at Pelican Bay State Prison (PBSP). Correctional Sergeant S. Bradley interviewed the inmate on November 20, 2006, at the First Level of Appeal Review.

ISSUES

The inmate requests to be issued his orthopedic work boots or to be transferred to an institution where they are allowed.

FINDINGS

I

The inmate disputes the withholding of his orthopedic work boots since his arrival at PBSP due to the security concerns they allegedly present. The inmate claims he requires the boots due to a mobility impairment which were prescribed by a podiatrist while he was housed at Salinas Valley State Prison.

II

A CDC 128-C, medical chrono and CDC 1845, Disability Program Placement (DPP) Verification both dated September 27, 2006 authorizes the inmate to use insoles in state approved shoes for the duration of one year and indicates he has been removed him from the DPP due to not having a long term disability, but rather a treatable mild medical condition.

DETERMINATION OF ISSUE

Department Operations Manual, Chapter 5, Article 43, Inmate Property, Section 54030.17.1, Authorized Personal Property Schedule limits inmate's personal shoes to shower shoes, slippers and tennis shoes unless medically authorized otherwise. The inmate has failed to provide any evidence demonstrating that these orthopedic work boots which happen to have a metal shank in the sole are medically authorized to warrant their issuance regardless of where he is housed, therefore, the APPEAL IS DENIED. Additionally, the boots have been disposed of in accordance with the California Code of Regulations Section 3191 (c) as the inmate failed to designate a method for their disposition.

Supplement Page 2
Taylor, E-13981
Appeal # PBSP-A-06-02792

MODIFICATION ORDER

No modification of this action or decision is required.

*[signature]*

ROBERT A. HOREL
Warden
Pelican Bay State Prison

BDS #46 1-16-07

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE APPEALS BRANCH
P. O. BOX 942883
SACRAMENTO, CA 94283-0001

## DIRECTOR'S LEVEL APPEAL DECISION

Date: APR 2 9 2007                                Combining three appeals

In re:  Taylor, E-13981
Pelican Bay State Prison
P.O. Box 7000
Crescent City, CA 95531-7000

**C-FILE COPY**

IAB Case No.: 0609197    Local Log Nos.: PBSP 06-02792, PBSP 06-02833 and SAC 06-01814

This matter was reviewed on behalf of the Director of the California Department of Corrections and Rehabilitation (CDCR) by Appeals Examiner R. Pimentel, Facility Captain. All submitted documentation and supporting arguments of the parties have been considered.

I  APPELLANT'S ARGUMENT: It is the appellant's position that upon his arrival to Pelican Bay State Prison (PBSP) his orthopedic boots were inappropriately confiscated. The appellant contends that the boots were purchased thorough legal methods and that he was authorized to possess them at another institution. The appellant asserts that the PBSP exceeded their authority relative to confiscating the boots. The appellant requests to be issued the boots, that the boots be held pending his transfer to another institution, or that he be transferred to an institution in which they are authorized.

II  SECOND LEVEL'S DECISION: The California State Prison, Sacramento (SAC) Second Level of Review (SLR) advised the appellant (via appeal log #06-01814) that the boots and arch supports that he references were sent to his address of choice on September 15, 2006 pursuant to his request.

The PBSP SLR found that the appellant's boots were confiscated upon his arrival to PBSP based upon the fact that they had a metal rod inside. The appellant was examined by the PBSP medical staff and an updated CDC Form 1845, Disability Placement Program Verification (DPPV) was generated that articulates that the appellant does not have a long term disability  The medical staff provided the appellant a CDC Form 128-C, Medical Chrono that authorized him to possess insoles to be used in state approved shoes. The SLR noted that the appellant refused to designate a method to dispose of the boots; therefore, they were disposed of pursuant to California Code of Regulations, Title 15, Section (CCR) 3191. The SLR denied the appeal.

III  DIRECTOR'S LEVEL DECISION: Appeal is granted in part.

A. FINDINGS: The Director's Level of Review (DLR) finds that the appellant has provided sufficient evidence and documentation to warrant a modification to the SLR. The DLR finds that pursuant to CDC Operations Manual Section (DOM) 54030.11.1 "following review and/or inspection of the appliance, should custody supervisor determine that a significant safety of security concern appears to exist, the institution Health Care Manager (HCM) shall be consulted immediately to determine action required to safely accommodate the affected inmate's need". Additionally, this DOM provision allows for the modification or replacement of the appliance. The DLR finds that the appellant was medically evaluated and it was determined that he did not require orthopedic boots. The appellant was authorized to possess insoles to be worn in state approved shoes, pursuant to the CDC 128-C, dated September 27, 2006 authored by Dr. Sayre. The DLR notes that the appellant refused to designate a method of disposal for the boots; therefore they were donated to the institution for disposal. However, pursuant to the Armstrong v. Davis Court Ordered Remedial Plan (ARP) "Accommodation may include modifying the appliance or substituting a different appliance at state expense." The DLR finds that since the appellant was authorized to purchase orthopedic shoes while in CDCR, and then those shoes were deemed a security threat and confiscated, the PBSP must now provide the appellant the approved substitution (insoles) at state expense.

B. BASIS FOR THE DECISION:
ARP: ARPIV.F.2, ARPIV.F.3
CCR: 3000, 3001, 3006, 3190, 3191, 3192, 3193, 3270, 3350, 3350.1, 3354, 3355, 3380

TAYLOR, E-13981
CASE NO. 0609197
PAGE 2

DOM: 54030.11, 54030.11.1

**C. ORDER:** The PBSP shall provide the appellant insoles at state expense. The insoles shall be the type designated by Dr. Sayre in the CDC Form 128-C, Medical Chrono dated September 27, 2007.

This issue was discussed with the office of the Chief Deputy Warden.

This decision exhausts the administrative remedy available to the appellant within CDCR. If dissatisfied, the appellant may forward this issue to the California Victims Compensation and Government Claims Board, (formerly known as the State Board of Control), Government Claims Unit, P.O. Box 3035, Sacramento, CA 95812-3035, for further review.

N. GRANNIS, Chief
Inmate Appeals Branch

cc:   Warden, PBSP
      Appeals Coordinator, PBSP
      Appeals Coordinator, SAC

# PELICAN BAY STATE PRISON
## Receiving and Release
### PROPERTY DISPOSITION FORM

| FROM LOG # | | DATE PROCESSED DATE: 10-16-06 |
|---|---|---|
| NEW LOG # | | PROCESSED BY: C/O: Hoffman |

| INMATES NAME | CDC# | HOUSING |
|---|---|---|
| TAYLOR | E13981 | A4-222 |

☐ MAILOUT  ☐ DONATE  ☐ DESTROY  ☑ HOLD PENDING APPEAL

**NON ALLOWED ITEMS:** ORTHOPEDIC Work Boots with METAL Shank in Sole NOT ALLOWED

IN ACCORDANCE WITH PELICAN BAY STATE PRISON POLICY; YOUR NON-ALLOWED ITEMS WILL BE STORED UP TO (30) THIRTY DAYS FOR YOU TO PROVIDE THE FUNDS NECESSARY TO COVER THE COST OF SHIPPING. IF FUNDS ARE NOT AVAILABLE WITHIN THE (30) THIRTY DAY TIME FRAME, YOUR PROPERTY WILL BE DISPOSED OF IN ACCORDANCE WITH CCR 3190(a), 3191(c), AND OPERATIONAL PROCEDURE #806.

**THIS FORM IS TO BE RETURNED TO R&R FOR FURTHER PROCESSING.**

I HEREBY ACKNOWLEDGE PELICAN BAY STATE PRISON'S PROPERTY STORAGE / CONFISCATION POLICY.

| INMATES SIGNATURE | CDC# | HOUSING |
|---|---|---|
| | | |

| INMATE REFUSED TO SIGN. WITNESSED BY: | DATE: |
|---|---|

DATES TRUST ACCOUNT CHECKED FOR AVAILABLE FUND

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|

## TRUST ACCOUNT WITHDRAWAL ORDER

CDC-193
Date .........................2006

To: Warden or Superintendent        Approved..............................

I hereby request that my Trust Account be charged $ ........................ for the purpose stated below and authorize the withdrawal of that sum from my account:

_____
CDC NUMBER

_____
NAME (SIGNATURE REQUIRED, **DO NOT PRINT**)

### NO P.O. BOXES !!!
PRINT PLAINLY BELOW

(Do not use this form for Canteen or Hobby purchases)

HANDLING / TAPE    .50
BOX CHARGES        .50
INSURANCE_____
U.P.S. CHARGES_____
TOTAL CHARGES_____

ZONE_____  WEIGHT_____ LBS

NAME: _____
ADDRESS: _____
_____
_____
_____
_____

PRINT YOUR NAME HERE

☞ PRINT LEGIBLY ☜

*[Handwritten annotations across top: "Sign, date, Fill out Address to have Right to Appeal. c/o A. Spalding"]*

implementation of the institutional/facility unlock process.

SPOs and Personal Property Packages received prior to the lockdown will be processed as safety and security dictates to all nonaffected portions of the institution.

Issuance of packages to inmates affected by lockdown status may be temporarily suspended for up to 90 calendar days (one quarter). After the 90 days, issuance of previously stored packages is mandatory. A lockdown shall not result in the loss of a quarterly package.

Vendors will not be instructed to stop shipment of packages unless authorized by the Deputy Director, Division of Adult Institutions. Upon receiving authorization from the Deputy Director, the R&R Sergeant shall be responsible for notification to the vendors and the inmate population. The inmate(s) shall be responsible for notifying family or other correspondent's (DOM, Section 54030.7.2).

Y.  Processing Disapproved Property

Unauthorized inmate property, including that which is altered, exceeds volume limitations, or is beyond repair, shall be disposed of in accordance with the provisions of this section.

1.  Donate:

    To PBSP, local nonprofit organization, charity or emergency assistance efforts, as determined by PBSP staff.

2.  Disposal:

    Varies to the description of said items to be placed into institutional trash receptacles, designated hot trash containers, recycle program, etc.

3.  Mail Out:

    At the inmate's expense, send the property to an agreeable correspondence via UPS. This option is not available for inmates with insufficient funds in their trust account.

4.  Appeal:

    File a CDC 602, Inmate/Parolee Appeal Form. Should the inmate desire to appeal, which is one of the options, they must annotate and sign the

Case 3:07-cv-05295-MHP   Document 20-4   Filed 07/23/2008   Page 10 of 19

PELICAN BAY STATE PRISON
Operational Procedure No. 806
Inmate Personal Property Plan

Page 30
May 2006

agreement form/Property Disposition Form to secure the right to appeal. Should an inmate refuse to sign an agreement form indicating one of the above choices, two officers/witnesses shall document the refusal on a CDC 128-B.

Failure to provide an address to an individual willing to accept the personal property will result in the property being donated to a charitable organization, donated to the institution/facility or rendered as useless and disposed of per institution/facility procedures. Inmates are not permitted to send their property to any State agency or agent of the State. Failure to comply may result in disciplinary action.

All registerable items that are confiscated from an inmate shall be forwarded to R&R accompanied by a completed receipt for confiscated contraband/property (Property Inventory Form).

Once the R&R/Satellite Property Officer has received donated contraband, they will determine if the item(s) is operable and useable. If the item is useable, it will be stored in R&R and used to satisfy appeal issues. If the item is not usable, it will be disposed of as Hot Trash. The Property Officer shall keep an inventory of all registerable property that is processed through R&R.

Note: Unopened SPO packages received by the institution via the USPS for an inmate ineligible to receive a package may be returned to sender at no expense to the inmate.

Z. Indigent Inmates

The following procedure is for indigent inmates who are in possession of excess or nonallowable property and voluntarily turn their property over to staff to be mailed out.

Property staff shall weigh the property to obtain the cost of shipping. The inmate will sign a Trust Account Withdrawal Order for the shipping cost. In order to provide the inmate ample time to gain necessary funds, a 30-day hold will be placed on the inmate's trust account.

If at the conclusion of the 30 days, the inmate does not have the necessary funds in his trust account, the item(s) will be disposed of, or donated.

AA. Mail Outs

No limit on mail outs of personal property will be imposed on inmates who wish to do so. The inmate must have sufficient funds to cover the necessary shipping charges or the mail out will be returned.

Inmates who want to acquire insurance for their mail out property may do so by

CALIFORNIA        DEPARTMENT OF CORRECTIONS
DISABILITY PLACEMENT PROGRAM VERIFICATION (DPPV)    CHECK ALL APPLICABLE BOXES
CDC (Rev. 01/04)

THIS FORM ONLY VERIFIES OR DISCONFIRMS CLAIMED PHYSICAL DISABILITIES LISTED IN SECTION B

| INMATE NAME: | CDC NUMBER: | INSTITUTION: | HOUSING ASSIGNMENT: | DATE FORM INITIATED: |
|---|---|---|---|---|
| Taylor | E13981 | SAC | C7-108 | 8-4-04 |

*Sections A - B to be completed by licensed medical staff.*

### SECTION A: REASON FOR INITIATION OF FORM
- [x] Inmate self-identifies to staff
- [ ] Third party evaluation request
- [ ] Observation by staff
- [ ] Medical documentation or Central File information

### SECTION B: DISABILITY BEING EVALUATED
- [ ] Blind/Vision Impaired
- [ ] Speech Impaired
- [ ] Deaf/Hearing Impaired
- [x] Mobility Impaired

*Sections C - G to be completed by a physician only.*

### SECTION C: PERMANENT DISABILITIES IMPACTING PLACEMENT
1. [ ] FULL TIME WHEELCHAIR USER - DPW — Requires wheelchair accessible housing and path of travel.
2. [ ] INTERMITTENT WHEELCHAIR USER - DPO — Requires lower bunk, wheelchair accessible path of travel and does not require wheelchair accessible cell.
3. [ ] MOBILITY IMPAIRMENT - With or Without Assistive Device (Wheelchairs shall not be prescribed) - DPM — Orthopedic, neurological or medical condition that substantially limits ambulation (cannot walk 100 yards on a level surface without pause). Requires lower bunk, no triple bunk, and no stairs in path of travel.
4. [ ] DEAF/HEARING IMPAIRMENT - DPH — Must rely on written communication, lip reading or signing as residual hearing, with assistive devices, will not enable them to hear, understand or localize emergency warnings or public address announcements.
5. [ ] BLIND/VISION IMPAIRMENT - DPV — Not correctable to central vision acuity of better than 20/200 with corrective lenses in at least one eye (See HOUSING RESTRICTIONS IN SECTION E).
6. [ ] SPEECH IMPAIRMENT - DPS — Does not communicate effectively speaking or in writing.

### SECTION D: PERMANENT DISABILITIES *NOT* IMPACTING PLACEMENT
1. NO CORRESPONDING CATEGORY
2. NO CORRESPONDING CATEGORY
3. [ ] MOBILITY IMPAIRMENT (Lower Extremities) - DNM — Walks 100 yards without pause with or without assistive devices.
   - [ ] No Housing Restrictions
   - [ ] See HOUSING RESTRICTIONS in Section E
   - [ ] Requires relatively level terrain and no obstructions in path of travel. Do not place at: CCI, CMC-E, CRC, CTF-C, FSP, SCC I or II, SOL, or SQ. (CDC 128-C: _____)
4. [ ] HEARING IMPAIRMENT - DNH — With residual hearing at a functional level with hearing aid(s).
5. NO CORRESPONDING CATEGORY
6. [ ] SPEECH IMPAIRMENT - DNS — Does not communicate effectively speaking, but does when writing.

### SECTION E: ADDITIONAL MEDICAL INFORMATION

**CSR ALERT:**
- [ ] Requires relatively level terrain and no obstructions in path of travel
- [ ] Complex medical needs affecting placement   [ ] CDC 128-C _____

**HEALTH CARE APPLIANCE / IDENTIFICATION VEST:**
- [ ] Cane  [ ] Crutch  [ ] Walker  [ ] Leg/Arm prosthesis  [ ] Vest
- [ ] Other: _____   [ ] CDC 128-C(s) dated: _____

**ASSISTANCE NEEDED WITH ACTIVITIES OF DAILY LIVING:**
- [ ] Feeding or Eating  [ ] Bathing  [ ] Grooming  [ ] W/C transferring
- [ ] Toileting  [ ] Other: _____   [ ] CDC 128-C(s) dated: _____

**OTHER DPP DESIGNATIONS:**
- [ ] NONE _____   CODE ____ DATED ____   CODE ____ DATED ____

**HOUSING RESTRICTIONS:**  [ ] Lower bunk  [ ] No stairs  [ ] No triple bunk.  CDC 128-C(s) dated: _____

### SECTION F: EXCLUSIONS
- [x] VERIFICATION OF CLAIMED DISABILITY NOT CONFIRMED: My physical examination or other objective data DOES NOT SUPPORT *claimed* disability. (Explain in Comments Section and CDC 128-C dated 8/4/04).
- [ ] REMOVAL FROM A DPP CODE: Removal from previous DPP code: _____. (Explain in Comments Section and CDC 128-C dated: _____.)
- [ ] REMOVAL FROM ENTIRE PROGRAM: Removal from DPP code(s): _____. (Explain in Comments Section and CDC 128-C dated: _____.)

### SECTION G: EFFECTIVE COMMUNICATION FACTORS
- [ ] Uses Sign Language Interpreter (SLI)  [ ] Reads Braille  [ ] Communicates with written notes  [ ] Requires large print or magnifier
- [ ] Reads lips  [ ] NO "EFFECTIVE COMMUNICATION" ISSUES OBSERVED OR DOCUMENTED IN THE UNIT HEALTH RECORD

**PHYSICIAN'S COMMENTS:** *(Focus on affected systems and functional limitations. No specific diagnosis or other confidential medical information.)*

I/P does not meet criteria of sections C & D. However I/P has a condition requiring certain orthotics and he should have them in his possession always.

| PHYSICIAN'S NAME (Print) | PHYSICIAN'S SIGNATURE | DATE SIGNED |
|---|---|---|
| James Wedell | Wedell MD | 8/6/04 |

| HEALTH CARE MANAGER'S / DESIGNEE'S NAME (Print) | HEALTH CARE MANAGER'S / DESIGNEE'S SIGNATURE | DATE SIGNED |
|---|---|---|
| Claude W. Mitchell | Claude W. Mitchell MD | 8/10/04 |

**NOTE:** After review by the Health Care Manager or Chief Physician & Surgeon, health care staff shall retain green copy for the UHR, send the inmate copy via institutional mail and route the original and remaining copies to the C&PR/RC CC-III for tracking and further distribution according to the instructions below.

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS
**DISABILITY PLACEMENT PROGRAM VERIFICATION (DPPV)**
CDC 1845 (Rev. 01/04)
CHECK ALL APPLICABLE BOXES

THIS FORM ONLY VERIFIES OR DISCONFIRMS CLAIMED PHYSICAL DISABILITIES LISTED IN SECTION B

| INMATE NAME: | CDC NUMBER: | INSTITUTION: | HOUSING ASSIGNMENT: | DATE FORM INITIATED: |
|---|---|---|---|---|
| Taylor, Tracy | E13981 | PBSP | A1 229L | 9/27/06 |

*Sections A - B to be completed by licensed medical staff.*

### SECTION A: REASON FOR INITIATION OF FORM
- [X] Inmate self-identifies to staff
- [ ] Observation by staff
- [X] Third party evaluation request
- [ ] Medical documentation or Central File information

### SECTION B: DISABILITY BEING EVALUATED
- [ ] Blind/Vision Impaired
- [ ] Deaf/Hearing Impaired
- [ ] Speech Impaired
- [X] Mobility Impaired

*Sections C - G to be completed by a physician only.*

### SECTION C: PERMANENT DISABILITIES IMPACTING PLACEMENT

1. [ ] **FULL TIME WHEELCHAIR USER - DPW**
   Requires wheelchair accessible housing and path of travel.

2. [ ] **INTERMITTENT WHEELCHAIR USER - DPO**
   Requires lower bunk, wheelchair accessible path of travel and *does not require* wheelchair accessible cell.

3. [ ] **MOBILITY IMPAIRMENT** - With or Without Assistive Device (Wheelchairs shall not be prescribed) - DPM
   Orthopedic, neurological or medical condition that substantially limits ambulation (cannot walk 100 yards on a level surface without pause). Requires lower bunk, no triple bunk, and no stairs in path of travel.

4. [ ] **DEAF/HEARING IMPAIRMENT - DPH**
   Must rely on written communication, lip reading or signing as residual hearing, with assistive devices, will not enable them to hear, understand or localize emergency warnings or public address announcements.

5. [ ] **BLIND/VISION IMPAIRMENT - DPV**
   Not correctable to central vision acuity of better than 20/200 with corrective lenses in at least one eye (See HOUSING RESTRICTIONS IN SECTION E).

6. [ ] **SPEECH IMPAIRMENT - DPS**
   Does not communicate effectively speaking or in writing.

### SECTION D: PERMANENT DISABILITIES *NOT* IMPACTING PLACEMENT

1. NO CORRESPONDING CATEGORY

2. NO CORRESPONDING CATEGORY

3. [ ] **MOBILITY IMPAIRMENT (Lower Extremities) - DNM**
   Walks 100 yards without pause with or without assistive devices.
   - [ ] No Housing Restrictions
   - [ ] See HOUSING RESTRICTIONS in Section E
   - [ ] Requires relatively level terrain and no obstructions in path of travel. Do not place at: CCI, CMC-E, CRC, CTF-C, FSP, SCC I or II, SOL, or SQ. (CDC 128-C: _____)

4. [ ] **HEARING IMPAIRMENT - DNH**
   With residual hearing at a functional level with hearing aid(s).

5. NO CORRESPONDING CATEGORY

6. [ ] **SPEECH IMPAIRMENT - DNS**
   Does not communicate effectively speaking, but does when writing.

### SECTION E: ADDITIONAL MEDICAL INFORMATION

**CSR ALERT:**
- [ ] Requires relatively level terrain and no obstructions in path of travel
- [ ] Complex medical needs affecting placement    [ ] CDC 128-C _____

**HEALTH CARE APPLIANCE / IDENTIFICATION VEST:**
- [ ] Cane  [ ] Crutch  [ ] Walker  [ ] Leg/Arm prosthesis  [ ] Vest
- [ ] Other: _____    [ ] CDC 128-C(s) dated: _____

**ASSISTANCE NEEDED WITH ACTIVITIES OF DAILY LIVING:**
- [ ] Feeding or Eating  [ ] Bathing  [ ] Grooming  [ ] W/C transferring
- [ ] Toileting  [ ] Other: _____    [ ] CDC 128-C(s) dated: _____

**OTHER DPP DESIGNATIONS:**
- [ ] NONE _____
  CODE    DATED    CODE    DATED

**HOUSING RESTRICTIONS:**  [ ] Lower bunk  [ ] No stairs  [ ] No triple bunk  CDC 128-C(s) dated: _____

### SECTION F: EXCLUSIONS

- [X] **VERIFICATION OF CLAIMED DISABILITY NOT CONFIRMED:** My physical examination or other objective data DOES NOT SUPPORT *claimed* disability. (Explain in Comments Section and CDC 128-C dated _____).
- [ ] **REMOVAL FROM A DPP CODE:** Removal from previous DPP code: _____. (Explain in Comments Section and CDC 128-C dated: _____).
- [X] **REMOVAL FROM ENTIRE PROGRAM:** Removal from DPP code(s): DNM. (Explain in Comments Section and CDC 128-C dated: _____).

### SECTION G: EFFECTIVE COMMUNICATION FACTORS

- [ ] Uses Sign Language Interpreter (SLI)  [ ] Reads Braille  [ ] Communicates with written notes  [ ] Requires large print or magnifier
- [ ] Reads lips  [ ] NO "EFFECTIVE COMMUNICATION" ISSUES OBSERVED OR DOCUMENTED IN THE UNIT HEALTH RECORD

**PHYSICIAN'S COMMENTS:** *(Focus on affected systems and functional limitations. No specific diagnosis or other confidential medical information.)*

NO LONG TERM DISABILITY OTHER THAN TREATABLE MILD MEDICAL CONDITION

| PHYSICIAN'S NAME (Print) | PHYSICIAN'S SIGNATURE | DATE SIGNED |
|---|---|---|
| M.C. SAYRE | *[signature]* M.C. Sayre | 9/27/06 |
| HEALTH CARE MANAGER'S / DESIGNEE'S NAME (Print) | HEALTH CARE MANAGER'S / DESIGNEE'S SIGNATURE | DATE SIGNED |
| M.C. SAYRE | *[signature]* M.C. Sayre | |

NOTE: After review by the Health Care Manager or Chief Physician & Surgeon, health care staff shall retain green copy for the UHR, send the inmate copy via institutional mail, and route the original and remaining copies to the C&PR/RC CC-III for tracking and further distribution according to the instructions below.

Name & Number:   TAYLOR, TRACY         E13981         A2-106L         CDC-128C

Due to a medical condition, please allow this patient insoles to be used in state approved shoes for the duration of one (1) year.
EXPIRES: 09/27/07 (Written by M. Sayre, M.D.)

Original:   Medical Records

cc:   Unit Sgt.      Inmate
      CCII-Fac     C-File
      Specialty Clinic

MICHAEL SAYRE, M.D.
Chief Medical Officer

Written: 09/27/06
Typed: 09/29/06        TAYLOR, TRACY        E13981        PBSP/dk        MEDICAL

54030.17.1
PERSONAL CLOTHING FOR ALL INMATES

- INMATES ARE ONLY PERMITTED ITEMS OF PERSONAL CLOTHING LISTED IN THIS SCHEDULE UNLESS AUTHORIZED FOR MEDICAL REASONS.
- INMATES ARE PERMITTED TO WEAR SOLID COLORS ONLY UNLESS OTHERWISE INDICATED.
- INMATES ARE PROHIBITED FROM POSSESSING, USING, OR WEARING PERSONAL CLOTHING ITEMS IN ANY SHADE OR TINT OF GREEN, BLACK, BROWN, TAN, RED, OR BLUE UNLESS OTHERWISE INDICATED.
- INMATES ARE PROHIBITED FROM POSSESSING, USING, OR WEARING PERSONAL CLOTHING WITH HOODS, PICTURES, DECORATIVE ZIPPERS, INSIDE POCKETS, OR ZIPPERED POCKETS.
- ALL INMATES ARE PROHIBITED FROM POSSESSING, USING, OR WEARING ITEMS WHICH ARE OBSCENE OR WHICH HAVE LOGOS, LETTERING, PICTURES WHICH ADVERTISE OR DEPICT ALCOHOL, GANGS, PROFANITY, SEX, WEAPONS, DRUGS, OR DRUG PARAPHERNALIA.
- MALE INMATES SHALL NOT RECEIVE OR POSSESS ITEMS OF CLOTHING DESIGNED AND MANUFACTURED SPECIFICALLY FOR WOMEN UNLESS AUTHORIZED FOR MEDICAL REASONS.

| Item Description With additional requirements and restrictions. | RECEPTION CENTER PRIVILEGE GROUP | | GENERAL POPULATION PRIVILEGE GROUP | | | SHU PRIVILEGE GROUP | ASU |
|---|---|---|---|---|---|---|---|
| | (New Arrival) U | (Processing) U | A | B | C | D | |
| ATHLETIC SHORTS (White or light gray only, no logos or printing). | 0 | 0 | 2 | 2 | 2 | 0 | 0 |
| GLOVES (Cold weather gloves upon approval of Warden, no zippers, pockets or metal) | 0 | 1 | 1 | 1 | 1 | 0 | 0 |
| HATS and CAPS<br>• BASEBALL (White or light gray only, no black).<br>• WATCH CAPS (No black).<br>• Additional hats meeting departmental policy requirements may be allowed by local institution discretion.<br>(No stripes, designs, or logos, neutral colors only) | 0 | 1 | 3 | 3 | 3 | 0 | 0 |
| HEAD BAND (Terry cloth, plain, white, or gray). | 0 | 0 | 2 | 2 | 2 | 0 | 0 |
| RAIN COAT (Transparent only). | 0 | 1 | 1 | 1 | 1 | 0 | 0 |
| SHOWER SHOES (Foam or soft rubber, single layer, thong type construction, not exceeding 1-inch in thickness). | 1 pair | 1 pair | 1 pair | 1 pair | 1 pair | 1 pair | 1 pair |
| SLIPPERS / HOUSESHOES | 0 | 1 pair | 1 pair | 1 pair | 1 pair | 0 | 0 |
| Socks (White only. Any combination of short to knee-high). | 0 | 7 | 7 | 7 | 7 | 0 | 0 |
| SWEAT SHIRT (Light grey, white, or off-white only). | 0 | 1 | 2 | 2 | 2 | 0 | 0 |
| SWEAT PANTS (Light grey, white, or off-white only). | 0 | 1 | 2 | 2 | 2 | 0 | 0 |

Revised July 2006

54030.17.1
PERSONAL CLOTHING FOR ALL INMATES (Continued)

| Item Description<br>With additional requirements and restrictions. | RECEPTION CENTER PRIVILEGE GROUP | | GENERAL POPULATION PRIVILEGE GROUP | | | SHU | ASU |
|---|---|---|---|---|---|---|---|
| | | | | | | PRIVILEGE GROUP | |
| | (New Arrival) U | (Processing) U | A | B | C | D | |
| TENNIS SHOES (No shades of red or blue. Low, mid or high tops are permitted. Must be predominantly white in color. No K-Swiss, Bugle Boys, Joy Walkers, Pumps, Gels, British Knights or Airlifts. Shoe laces white only. Not to exceed $75.00. No hidden compartments, zippers, or laces that are covered or concealed. No metal components including eyelets). | 0 | 1 pair | 1 pair | 1 pair | 1 pair | 0 | 0 |
| UNDERWEAR, THERMAL, OR LONG (Grey, white, or off-white only. One pair consists of top and bottom or solid one piece). | 0 | 1 set | 2 sets | 2 sets | 2 sets | 1 set | 1 set |
| UNDER SHIRTS (White only. Any combination of crew neck, v-neck or sleeveless athletic tank-top). | 0 | 5 | 5 | 5 | 5 | 0 | 0 |
| WAVE CAPS (Black, white or grey only. | 0 | 1 | 2 | 2 | 2 | 0 | 0 |

54030.17.2
PERSONAL CLOTHING FOR MALE INMATES

| Item Description<br>With additional requirements and restrictions. | RECEPTION CENTER PRIVILEGE GROUP | | GENERAL POPULATION PRIVILEGE GROUP | | | SHU | ASU |
|---|---|---|---|---|---|---|---|
| | | | | | | PRIVILEGE GROUP | |
| | (New Arrival) U | (Processing) U | A | B | C | D | |
| ATHLETIC SUPPORTER | 0 | 0 | 2 | 2 | 2 | 0 | 0 |
| BRIEFS (White only). | 10 | 10 | 10 | 10 | 10 | 0 | 0 |

State of California                                                    Department of Corrections and Rehabilitation
                                                                                                   CDC Form 695

# INMATE/PAROLEE APPEALS SCREENING FORM

NAME: TAYLOR                                    PBSP LOG NO: _____

CDC #: E13981     HOUSING: A4 222                OTHER LOG #: _____

## YOUR APPEAL IS BEING RETURNED FOR THE FOLLOWING REASON(S):

[X] 4. In violation of the CCR, Title 15, Sections 3084.2(b), 3084.3(c)(4) & 3084.5(a)(1), you failed and must attach evidence that shows you attempted to get an Informal resolution, prior to the appeal being assigned to the Formal Level(s) of appeal review. If a staff member fails to respond after 10 working days, use the Chain of Command and submit the Appeal to that staff member's supervisor, or unit/area supervisors:

[ ] Counselor          [X] PBSP R&R          [ ] Med Clinic        [ ] Records
[ ] Unit Officer       [ ] PSU Property      [ ] Dental Clinic     [ ] Inmate Assignments
[ ] Mail Room          [ ] PBSP SHU Prop.    [ ] Psych Office      [ ] PBSP Trust Office
[ ] Law Library        [ ] Food Services     [ ] Med Records       [ ] Plant Ops
[ ] Work Supervisor                          [ ] Other _____

[ ] 5. You have not adequately completed the CDC Form 602, or have not attached the proper documents. Follow instructions and attach the items noted below, send what documents you have, or explain why they are not available per the CCR, Title 15, Section 3084.3(c)(5):

[ ] Supporting Documents & Receipts      [ ] CDC 1845 Disability Verification
[ ] GA 22 Request For Interview          [ ] CDC 1824 Reasonable/Accommodation
[ ] CDC 115 Results With final dispo     [ ] CDC 7362 Health Care Required Co-Pay
[ ] CDC 115 IE/DA Information/Report     [ ] CDC 128-C Medical Chrono
[ ] CDC 115 Supplemental Reports         [ ] Cell Search Slip
[ ] CDC 114-D Lockup Order               [ ] Property Inventory Receipt
[ ] CDC 1030 Confidential Disclosure     [ ] CDC 143 Property Transfer Receipt
[ ] Lab Results Sheet                    [ ] Package Inventory Slip
[ ] CDC 7219 Medical Report              [ ] Proof of Ownership/Value
[ ] CDC 128-A _____               [ ] More Specific Information
[ ] CDC 128-B _____               [ ] Trust Statement
[ ] CDC 128-G                            [ ] CDC 193 Trust Acct Withdrawal Order
[ ] CDC 629A/629B Assess SHU Term        [ ] Legal Status Summary
[ ] CDC 812/A/B Critical/Enemy           [ ] Abstract of Judgment (AOJ)
[ ] CDC 839/840 Class/Reclass Score      [ ] CDC 1858 [PC 148.6/CCR 3391(d)] Info.Advis.
[ ] CDC 958 Restoration Request          [ ] Emerg. Unwarranted CCR 3084.7(a)(2)(A)
[ ] CDC 1819 Correspondence Denial       [ ] Failed to Complete Section _____
[ ] Other                                [ ] Sign & Date Section
                                         [ ] CDC Form 602 _____

[ ] 7. The issue has been resolved, PBSP Appeal Log No. _____. A copy of the Second (Warden's) Level of Appeal review is attached per the CCR, Title 15, Section 3084.2(g)(1)(2)(3).

[ ] 8. Abuse of the appeal procedure: _____

Comments: _____

_____                      OCT 2 6 2006
C. E. WILBER                                   Date
Appeals Coordinator

This screening action may not be appealed unless the above reasons are inaccurate and the inmate can provide supporting arguments against the screening decision.

**PERMANENT APPEAL ATTACHMENT   -   DO NOT REMOVE**

PBSP    (Rev. 10/06)    CCR 3084.5(a)    PBSP

OCT 20 2006

Plaintiff is mobility impaired and legally received the medical boots while in the Department in a level 4, 180 design prison and in accordance with Chief Deputy Director Dovey policy contained in D.O.M Transmittal Letter Number 05-01 revision Date March 2, 2005, it mandates that what an inmate is allowed to have in one prison, he is allowed to have it at all other prison's with that level of security. but since P.B.S.P refuse to comply with their supervisor and decided to confiscate my health care appliance under D.O.M 54030.11.1 P.B.S.P is suppose to either modify my boots then given back to me or replace my appliance with an acceptable one.

Under the federal court order protocals of the armstrong remedial plan's DOM 54030.11.1 and CCR§ 3358 (b) all state's my orthopedic boots shall not be taken; I shall not be deprived of them, none of the above mention court order, and laws authorize staff to destroy the appliance or for staff to have the prisoner to send it home. In fact CCR 3006 (d) mandate that staff hold onto it.

Note CCR§ 3190 (a) does not apply because it is a medical appliance legally obtained therefore CCR§ 3161 (c) does not apply.

Instead of P.B.S.P violating a federal court order and ca law's by denying and taking away my health care appliance, P.B.S.P could have transfered me back to CSP-Sac where I am allowed to wear them, in accordance with the DOCR own regulation (D.O.M 62080.15) but instead they continue to discriminate against a disable inmate.

10-30-06

A.P. Wilber I sent this 602 to you on 10-16-06 after I received a notice to send my orthopedic boots home. I was 602ing the procedure and policy of custody trying to make me mail home something I have a right to and under CCR 3084.5 (a)(1) my 602 should have been processed and sent directly to the 1st level but you sent it back to me with instructions to get an informal response first so I sent it to R+R and they sent it back saying I first have to sign the trust withdrawal and send my property home then I have the right to appeal it. That's stupid. I have a right to appeal now before it's sent out. I attempted to resolve it at the informal level. Now will you process my 602 and send it to the formal level. Thank you

APPEAL COORDINATOR
C. E. Wilber

Inmate Appeals Office                    C-FILE

## MODIFICATION ORDER

May 4, 2007

HCM

RE: TAYLOR, E13981
    AF05L 000000120L
    PBSP-A-06-02792
    PROPERTY

Please be informed that as a result of a Level III Decision, the above referenced appeal has been GRANTED IN PART. Please complete this modification order to comply with the decision.

DUE DATE: 06/04/2007

REPLACE PROPERTY

Modification Order 07-32

The Health Care Manager at PBSP shall ensure that the appellant is provided with insoles at state expense. The insoles shall be the type designated by Dr. Sayre in the CDC 128-C, Medical chrono dated September 27, 2006.

C. E. WILBER
Appeals Coordinator

The modification was completed in the following manner:

I/M Taylor, E-13981, received insoles on 5/18/07, the LVN in charge of appliances inadvertently charged I/m $5.03 for these insoles which will be reversed back to the I/m.

(You must attach copies of documents proving compliance such as CDC 128G's, 128B's, RVR's, etc.)

Verified as Completed by:

Cynthia Gorospe, SSA    Cynthia Gorospe    6/14/07
Signature of staff completing action    Print Name    Date

Maureen McEan    McEAN    6/21/07
Signature of Associate Warden    Print Name    Date