# EXHIBIT E

Citizen Complaints
Pursuant too penal code 832.5 against
Chief Medical officer Sayre, M.D.

**C-FILE**

**INMATE/PAROLEE
APPEAL FORM**
CDC 602 (12/87)

Location: Institution/Parole Region _____ Log No. _____    Category _____

1. PBSP-B-06-02165

2. _____    2. _____

8/10
DISPUTE FORMAL
1824 RESPONSE

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|------|--------|-----------|------------------|
| Tracy Taylor | E-13481 | | A2-106 |

A. Describe Problem: Dr. Michael Sayre M.D. committed fraud by impersonating a Podiatrist (foot Doctor) willingly and knowingly is violating the Federal court order in the armstrong remedial plan by denying me my health care appliance that usto took of of my feet and violate CCR 3358 (b) by depriving me of my orthopedic boots and access to any other medical boots without receiving the concurance of my personal Physician and is in violation of the Federal standard "Deliberate Indifference to serious medical need. After pretending to be a foot Doctor on 9-27-06 and threatening me to prevent me from using my orthopedic boots if I didn't submit to his examination. on 10-2-06 via institution mail I received a 1845 in which mr. Sayre claims that I have no long term disability other then treatible mild medical condition. this diagnosis _____ was made by a medical Doctor who did not specialize in nerve damage.

If you need more space, attach one additional sheet.

B. Action Requested: ① Order for medical 128 chrono written on 9-27-06 and DPP 1845 initiated on 9-27-06 to be rescinded. ② and for Taylor E-1341 to be transfered from P.B.S.P to another level 4 180 design Prison in accordance with D.O.M. 62080.15. and given back this orthopedic boots upon being transfered.

Inmate/Parolee Signature: _____    Date Submitted: 10-3-96

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: _____

**BYPASS**

Staff Signature: _____    Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

**BYPASS**

Signature: _____    Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed
Board of Control form BC-1E, Inmate Claim

CDC Appeal Number: _____

OCT 10 2008

First Level    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____

E. REVIEWER'S ACTION (Complete within 15 working days) Date assigned: _____ Due Date: _____

Interviewed by _____

BYPASS

Staff Signature: _____ Title: _____ Date Completed: _____
Division Head Approved
Signature: _____ Title: _____ Date to Inmate: _____

F. If dissatisfied, explain reasons for requesting a Second Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

BYPASS

Signature: _____ Date Submitted: _____

Second Level    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other

G. REVIEWER'S ACTION (Complete within 10 working days) Date assigned: 10-10-06    Due Date: 10-24-06

☒ See Attached Letter

Signature: _____ Date Completed: 1-4-2-
Warden/Superintendent Signature: _____ Date Returned to Inmate: JAN 8 REC'D

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

Signature: _____ Date Submitted: _____

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION: ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other
☐ See Attached Letter
Date: _____

CDC 602 (12/87)

SECOND LEVEL APPEAL RESPONSE
ADA

**C-FILE**

RE:   PELICAN BAY STATE PRISON
      Appeal Log: PBSP-B-06-02165
      Inmate: TAYLOR E13981

Maureen McLean, FNP, Health Care Manager at Pelican Bay State Prison (PBSP) reviewed this matter. Joseph Kravitz, Correctional Counselor II (A), conducted the Appeal at the Second Level of Review on November 30, 2006.

**APPEAL ISSUE:** You filed a CDC 1824 form on August 24, 2006 claiming you are mobility impaired. On September 27, 2006 Dr. Sayre, Chief Medical Officer examined you to determine the status of your claim of limited mobility. The examination of your feet revealed them to be very normal in appearance, without deformities, scars and unusual configuration. All joints moved normally with full range of motion. Your circulation was normal and well as all neurological findings. You did complain of some pain with slight pressure on the plantar surfaces. It was felt the pain would be consistent with plantar fascititis. The treatment plan for plantar fascititis would include anti-inflammatory medication, insoles for the standard state shoes, care that you not walk without shoes and insoles and stretching exercises for the feet that would be taught in one to two physical therapy sessions. Dr. Sayre concluded that you did not have flat feet or any type of deformity. He stated you did not need any special housing accommodation or any other ADA accommodation. After the examination the following chrono was issued; allow this patient's insoles to be used in state approved shoes for the duration of one year. You objected to the results of the examination and are now requesting that the CDC 128 chrono written and the CDC 1845 on September 27, 2006 be rescinded. You are requesting to be transferred from Pelican Bay State Prison to another level 4 prison. You are also requesting to be given back your orthopedic shoes that were taken from you upon your arrival to Pelican Bay State Prison. It is noted in Dr. Sayre's examination record that your boots were taken from you upon arrival, as they were non-state issue boots and contained an insert that was constructed with a metal rod. You also question Dr. Sayre's competency in diagnosing your medical issues. You are requesting disciplinary action be taken against Dr. Sayre.

**FINDINGS:** A review of your appeal has been completed. Your appeal with the attachments and your requested action has received careful consideration. I, M. McLean, FNP, Health Care Manager, was assigned to investigate your allegations. Joseph Kravitz, Correctional Counselor II (A), reviewed your medical file and responses on November 30, 2006. The examination and interview with Dr. Sayre occurred on September 27, 2006. There are no factors, issues or evidence of any change in your medical status to warrant the removal and or amendment of the information included in your medical record. The CDC 128 will not be removed or rescinded. The CDC 1845 remains as written. There is no indication to consider or recommend a medical transfer for you. Dr Sayre is fully licensed to practice medicine. Your request for staff to be disciplined is beyond the scope of the inmate appeal process.

PBSP-B-06-02165
TAYLOR E13981
ADA APPEAL
Page 2

**DECISION:** The Appeal is denied.

The appellant is advised that this issue may be submitted for a Director's Level of Review if desired.

Joseph Kravitz              Date
Correctional Counselor II (A)

Maureen McLean, FNP         Date
Health Care Manager

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE APPEALS BRANCH
P. O. BOX 942883
SACRAMENTO, CA 94283-0001

## DIRECTOR'S LEVEL APPEAL DECISION

Date: APR 1 7 2007

In re: Taylor, E-13981
Pelican Bay State Prison
P.O. Box 7000
Crescent City, CA 95531-7000

IAB Case No.: 0608840        Local Log No.: PBSP 06-02165

This matter was reviewed on behalf of the Director of the California Department of Corrections and Rehabilitation (CDCR) by Appeals Examiner R. Pimentel, Facility Captain. All submitted documentation and supporting arguments of the parties have been considered.

**I   APPELLANT'S ARGUMENT:** It is the appellant's position that the medical staff at Pelican Bay State Prison (PBSP) have inappropriately denied his request to be designated mobility impaired. The appellant asserts that he suffers from pain in his feet that limits his mobility. The appellant contends that the PBSP inappropriately confiscated his orthopedic shoes. The appellant requests that Dr. Sayre be disciplined for his misdiagnosis, that he be designated mobility impaired, and that his shoes be returned.

**II   SECOND LEVEL'S DECISION:** The reviewer found that a comprehensive and thorough review of the appellant's appeal was conducted. The Second Level of Review (SLR) found that the appellant was evaluated by the Chief Medical Officer (CMO), Dr. Sayre, who determined that the appellant's feet were normal with no deformities, scars, or unusual configurations. All joints moved normally with full range of motion. The appellant did complain of slight pain on the plantar surfaces which is an indication of plantar fascititis. The treatment plan is anti-inflammatory medications, issuance of insoles, and stretching exercises. Dr. Sayre found that the appellant did not require any accommodation other that issuance of a chrono for insoles. Dr. Sayre noted that the appellant's shoes were confiscated upon his arrival to PBSP due to the fact that they were constructed with a metal rod inserted inside and they were not medically necessary. The SLR denied the appeal.

**III   DIRECTOR'S LEVEL DECISION:** Appeal is denied.

**A.   FINDINGS:** The documentation and arguments are persuasive that the appellant has failed to support his appeal issues with sufficient evidence or facts to warrant a modification of the SLR. The institution has presented the appellant a thorough and comprehensive review of the appellant's issue and the Director's Level of Review (DLR) finds no basis to alter said decision. The DLR finds that the appellant's request to be designated as mobility impaired has been evaluated by the CMO, Dr. Sayre. Dr. Sayre determined that the appellant's feet were normal and that the appellant suffers from plantar fascititis. The doctor approved issuance of a chrono for insoles. The DLR finds that the appellant's medical concerns are being adequately addressed by the institution and the appellant should discuss any future medical concerns with his primary care physician. California Code of Regulations, Title 15, Section (CCR) 3354 establishes that only qualified medical staff shall be permitted to diagnose illness and prescribe medication and medical treatment for inmates. It is not appropriate for the appellant to self-diagnose his own medical problems and then expect a medical doctor to implement the appellant's recommendation for a course of medical treatment. The appellant's requests were appropriately examined by licensed physicians. Therefore no relief is provided at the DLR.

The appellant filed the appeal as an Americans with Disabilities Act issue. Following careful examination, there is no evidence to support that the issue and its resolution fall within the Armstrong v. Davis Court Ordered Remedial Plan or CCR 3085. As such, it has been processed in accordance with CCR 3084 et sequitur.

**B.   BASIS FOR THE DECISION:**
CCR: 3000, 3001, 3084.1, 3085, 3270, 3350, 3350.1, 3354

TAYLOR, E-13981
CASE NO. 0608840
PAGE 2


      **C. ORDER:** No changes or modifications are required by the institution.

This decision exhausts the administrative remedy available to the appellant within CDCR.


N. GRANNIS, Chief
Inmate Appeals Branch

cc:    Warden, PBSP
        Health Care Manager, PBSP
        Appeals Coordinator, PBSP
        Medical Appeals Analyst, PBSP

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE APPEALS BRANCH
P. O. BOX 942883
SACRAMENTO, CA 94283-0001

C-FILE

## DIRECTOR'S LEVEL APPEAL DECISION

Date:

JUN 1 2 2007

In re:     Taylor, E-13981
           Pelican Bay State Prison
           P.O. Box 7000
           Crescent City, CA 95531-7000

IAB CASE NUMBER:        0611447
LOCAL LOG NO.:          PBSP 06-02165

This matter was reviewed on behalf of the Director of the California Department of Corrections and Rehabilitation (CDCR) by Appeals Examiner R. Pimentel, Facility Captain.

This appeal is being canceled in accordance with California Code of Regulations, Section 3084.3, Screening Appeals. This issue duplicates the appellant's previous appeal(s) upon which a decision has been rendered. The appellant is appealing the Pelican Bay State Prison (PBSP) decision to deny him inclusion in the Disability Placement Program (DPP) and that the PBSP denied him issuance of personal shoes. Both of these issues have been previously addressed via IAB Case Numbers 0608840 and 0609197.

N. GRANNIS, Chief
Inmate Appeals Branch

cc:     Warden, PBSP
        Appeals Coordinator, PBSP

0611447