# EXHIBIT H

**INMATE/PAROLEE APPEAL FORM**
CDC 602 (12/87)

Location: Institution/ PBSP

Log No.: IA-18-2007-00750

Category: 89 Duty Boots

1. _____ 1. _____
2. _____ 2. _____

AS 120L

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| Tracy Taylor | E-13981 | | AC 120 |

A. Describe Problem: Plaintiff received a Director's Level appeal decision ( PBSP-06-02792 : IAB Case No. 0609197) the director level found that PBSP must provide substitution at state expense appliance. Insoles was substituted for my personal arch supports however PBSP has not made a substitute for my personal boots. insoles are not an appliance, the orthopedic boots are the appliance, and as the director level stated, under Armstrong-V-Davis Court ordered remedial plan (ARP) accommodation may include modifying the appliance or substituting a different appliance at state expense, also for clarification of ARP D.o.m (see: copy of ARP, marked as Exhibit A). D.o.m 54030.11.1 states replacement of appliance with an acceptable one: if this alternative is chosen, 'equivalent' effective alternative

If you need more space, attach one additional sheet.

B. Action Requested: In accordance with Director Level review number IAB-0609197 and Departmental Operational manual 54030.11.1, prisoner Taylor request a modification order be issued that P.B.S.P shall either at state expense hire a podeatrist to provide custom made arch supports and boots to the prisoner Taylor in accordance with D.C.M 54030.11.1, or allow prisoner Taylor personal occupational therapist to send via mail the prisoner personal arch supports and boots.

Inmate/Parolee Signature: _____ Date Submitted: 5-20-07

C. INFORMAL LEVEL (Date Received: 5/21/07 )

Staff Response: The Directors Level Review order states "The PBSP shall provide the appellant insoles at state expense." You will be seen and measured by the PCP shortly.

Staff Signature: K. Jackson, OT     Date Returned to Inmate: 5-24-07

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

The director level Review states per D.o.m 54030.11.1 PBSP must abide by the regulation and Per DOM 54030.11.1 an equivalent effective accommodation must be made. And I not only had arch supports but I also had orthopedic boots, which medical has to replace.

Signature: _____ Date Submitted: 5-29-07

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

CDC Appeal Number: _____

informal level MAY 2 1 2007 RTN TO H/M 5/24

1ST JUN 0 5 2007

Screened out JUN 1 8 2007 RTN TO H/M

JUN 2 2 2007

First Level  ☐ Granted  ☐ P. Granted  ☒ Denied  ☐ Other _____

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: 6-5-07   Due Date: 7-18-07

Interviewed by: _____

_See attached Response_

Staff Signature: C Goyospe   Title: SSA   Date Completed: 6/13/07
Division Head Approved: MC Sayre   Title: CMO   Returned: JUN 14 2007
Signature:   Date to Inmate: _____

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

The director level quoted D.O.M. 54030.11.1 as there bases for partially granting my 602 however the director level can not quote a regulation then pick and choose which part of that regulation it wants to enforce and which it wants to ignore. it must enforce the whole regulation.

Signature:   Date Submitted: June 16, 2007

Second Level  ☐ Granted  ☐ P. Granted  ☒ Denied  ☐ Other _____
G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: 6/25/07   Due Date: 07/24/07
☐ See Attached Letter
Signature: _____ CCII   Date Completed: 6-28-07
Warden/Superintendent Signature: _____   Date Returned to Inmate: JUL 02 2007

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

Inmate appeal Branch ordered PBSP to abide by D.O.M. 54030.11.1 and replace the appliance they took with insoles, insoles was not the only appliance taken. my orthopedic boots was also taken and D.O.M. 54030.11.1 states Replacement with an acceptable one. while → see additional page.

Signature: _____   Date Submitted: 7-5-07

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION: ☐ Granted  ☐ P. Granted  ☒ Denied  ☐ Other _____
☒ See Attached Letter   Date: NOV 09 2007
CDC 602 (12/87)

C-FILE

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE APPEALS BRANCH
P. O. BOX 942883
SACRAMENTO, CA  94283-0001

## DIRECTOR'S LEVEL APPEAL DECISION

Date:       NOV 0 9 2007

In re:      Taylor, E-13981
            Pelican Bay State Prison
            P.O. Box 7000
            Crescent City, CA  95531-7000

IAB Case No.: 0701125          Local Log No.: PBSP 07-00750

This matter was reviewed on behalf of the Director of the California Department of Corrections and Rehabilitation (CDCR) by Appeals Examiner R. Pimentel, Facility Captain.  All submitted documentation and supporting arguments of the parties have been considered.

**I    APPELLANT'S ARGUMENT:**  It is the appellant's position that the medical staff at Pelican Bay State Prison (PBSP) have inappropriately refused to comply with a modification order that was issued by the Director's Level of Review (DLR).  The appellant contends that the DLR partially granted his request to receive arch supports.  The appellant requests to be issued arch supports.

**II   SECOND LEVEL'S DECISION:**  The reviewer found that the appellant's partially granted appeal directs the PBSP to provide the appellant insoles which are to be purchased at state expense.  The First Level of Review (FLR) advised the appellant that he is not authorized to obtain orthopedic boots or arch supports as the medical doctor did not find that these devices are medically required.  The Second Level of Review (SLR) concurred with the FLR and denied the appeal.

**III  DIRECTOR'S LEVEL DECISION:**  Appeal is denied.

**A.    FINDINGS:**  The documentation and arguments are persuasive that the appellant has failed to support his appeal issues with sufficient evidence or facts to warrant a modification of the SLR.  The DLR advises the appellant that pursuant to the Armstrong v. Davis Court Ordered Remedial Plan (ARP) IV.F.3 "No inmate shall be deprived of a health care appliance that was in the inmate's possession upon entry into the CDC system or was properly obtained while in CDC custody, unless for documented safety or security reasons or a Department physician or dentist determines that the appliance is no longer medically necessary or appropriate."  The medical staff at PBSP determined that the appellant did not require orthopedic boots or arch supports; therefore these appliances were confiscated.  The appellant was approved by the medical staff at PBSP for insoles to be worn in his state boots, based upon the CDC Form 128-C, Medical Chrono dated September 27, 2006.  The appellant is not authorized to possess any orthopedic boots or arch supports; therefore the boots and arch supports, which were previously in the appellant's possession, do not have to be modified for current use.  The DLR partially granted the appellant's appeal and directed the PBSP to provide the appellant the insoles at state expense.  The appellant has been repeatedly informed that the medical staff determined that he does not have a disability which requires orthopedic boots or arch supports; therefore these appliances are denied.  Therefore no relief is provided at the DLR.

**B.    BASIS FOR THE DECISION:**
ARP: ARPIV.F.2, ARPIV.F.3
California Code of Regulations, Title 15, Section: 3000, 3001, 3084.1, 3084.2, 3350, 3354

**C.    ORDER:**  No changes or modifications are required by the institution.

TAYLOR, E-13981
CASE NO. 0701125
PAGE 2


This decision exhausts the administrative remedy available to the appellant within CDCR.


N. GRANNIS, Chief
Inmate Appeals Branch

cc:     Warden, PBSP
        Health Care Manager, PBSP
        Appeals Coordinator, PBSP
        Medical Appeals Analyst, PBSP