IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TRACY TAYLOR,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT HOREL, et al.,<br><br>Defendants. | C 07-5295 MHP<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS** |

The Court has considered all supporting and opposing arguments regarding Defendants Horel and Sayre's Motion to Dismiss. The Court finds that Plaintiff failed to exhaust his administrative remedies as to Defendants Horel and Sayre; Plaintiff's complaint fails to state a claim upon which relief may be granted under respondeat superior liability; that Defendants Horel and Sayre are entitled to qualified immunity; and the claims for equitable relief must be dismissed.

Dated: _____

_____
The Honorable Marilyn H. Patel
U.S. District Court Judge

[Proposed] Order                                                                       T. Taylor v. R. Horel, et al.
                                                                                        Case No. C 07-5295 MHP

1