1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  ROCHELLE C. EAST
   Acting Senior Assistant Attorney General
4  JONATHAN L. WOLFF
   Supervising Deputy Attorney General
5  DANIELLE F. O'BANNON, State Bar No. 207095
   Deputy Attorney General
6    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA 94102-7004
7    Telephone: (415) 703-5735
     Fax: (415) 703-5843
8    Email: Danielle.OBannon@doj.ca.gov

9  Attorneys for Defendants Sayre and Horel

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TRACY TAYLOR,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>ROBERT HOREL, et al.,<br><br>　　　　　　　　　　Defendants. | C 07-5295 MHP<br><br>**DECLARATION OF DANIELLE F. O'BANNON IN SUPPORT OF DEFENDANTS' MOTION TO STAY DISCOVERY** |

I, Danielle F. O'Bannon, declare as follows:

　　1. I am employed by the Office of the California Attorney General as a Deputy Attorney General in the Correctional Law Section. I am admitted to practice before this Court and courts of the State of California. I have been assigned to represent Defendants Horel and Sayre in this case. I am competent to testify to the matter set forth in this declaration, and if called upon to do so, I would and could so testify. I submit this declaration in support of Defendants' Motion to Stay Discovery.

　　2. On June 30, 2008, Plaintiff served Defendant Horel with Plaintiff's First Set of Interrogatories, a Request for Inspection of Property, and a Request for Admissions.

3. On July 14, 2008, Defendant Horel served Plaintiff with his objections to Plaintiff's Request for Inspection of Property.

I declare under penalty of perjury that the forgoing is true and correct to the best of my knowledge. Executed July 23, 2008, at San Francisco, California

*Danielle F. O'Bannon*
Danielle F. O'Bannon
Deputy Attorney General

Decl. O'Bannon Supp. Mot. Stay Discovery

T. Taylor v. R. Horel, et al.
C 07-5295 MHP

2