IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TRACY TAYLOR,<br><br>              Plaintiff,<br><br>    v.<br><br>ROBERT HOREL, et al.,<br><br>              Defendants. | C 07-5295 MHP<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR STAY OF DISCOVERY** |

The Court has considered all supporting and opposing arguments regarding Defendants Horel and Sayre's Motion to Stay Discovery pending the Court's ruling on the issue of qualified immunity. It is hereby ordered that Defendants' Motion to Stay Discovery pending the Court's ruling on Defendants' Motion to Dismiss is GRANTED. Defendants must reply to any applicable outstanding discovery thirty days from the date of the Court's order on Defendants' Motion to Dismiss.

Dated: _____           _____
                                         The Honorable Marilyn H. Patel

[Proposed] Order                                    T. Taylor v. R. Horel, et al.
                                                    Case No. C 07-5295 MHP

1