Tracy Taylor E-15181
B-Facility
P.O. Box 7000
Crescent City, Ca 95532



IN PROPRIA PERSONAM

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

Tracy Lee Taylor
   Plaintiff

v

Robert Horel, et al.

REQUEST FOR
INSPECTION OF
PROPERTY

Civil Action No. C07-5295 MHP

    Plaintiff request pursuant to Rule 34(a) of the Federal Rules of Civil Procedure that Defendant Horel produce a photographer to take picture's of the following evidence that is in plaintiff possession. Front and back side each.

    1. One pair of regular shoe insole's, Size 11 blue in color, the insole's are similar in make to the one's medical at Pelican Bay State Prison issued to plaintiff. Plaintiff would be willing to allow Pelican Bay State Prison medical to provide the pair of insole's that they issue to prisoners so that they could be photographed since it is the medical insole's of Pelican Bay State Prison which is the heart of my case.

    2. One pair of arch supports, made of foam, molded from plaintiff feet, the top side is blue in color! it is a pair of arch supports like these that plaintiff allege that Defendant Horel illegally destroied. each individual arch support cost $60.00 The make and material will show that there is a difference between arch supports and insole's.

    Please TAKE NOTICE that the above request for photograher is to come to the Hobby Shop in either A or B Facility at Pelican Bay State Prison [which ever Facility plaintiff will be housed at at that time] in Crescent City, California on September 14, 2008 at 10:00 Am, both photographs shall be taken from the front side and back side of both insoles and arch supports, to

be taken and xeroxed four times each by the defendant or there agents or employees, and furnish to plaintiff. Plaintiff is willing to allow Defendant Horel to pick his own date and time in the month of September to produce a photographer and take the requested picture's

Plaintiff ask Counsel for Defendant Horel to provide me with some lead way in struturing this request for Inspection of property for plaintiff is acting in Pro Per and have no knowledge in civil law or proceedings.

The insole's are in plaintiff possession, they are size 11, blue in color they are regular insole's that come in most tennis shoes, boots, and regular shoes. the insole's are similar in make and design of the insole's that medical provided for treatment for plaintiff Substantial and chrono pain in feet that he continues to suffer from. The actual insole's that medical provided to Plaintiff for his treatment, Defendant Horel on Feburary 28, 2008 had custody confiscate and immdiatly destroied, therefore plaintiff would be more than willing to allow Defendant Horel have the medical Department provide a brand new pair of insoles for photograph.

The arch support are made from a foam mold that was taken from plaintiff feet it is about five inches in length, blue in color on the front side, and cream in color on the back side of it. it is a duplicate of the one's Defendant Horel destroied with plaintiff orthopedic boot's. except this pair was made to fit the old boots that are being kept in Receiving and Release. I am requesting that Defendant Horel have photograph the items so I can have evidence of there existence inorder to present them as evidence in this suit before Defendant Horel have his employees come confiscate and destroy them as he has previously done with the insole's that was issued by medical.

Date July 22, 2008

Tracy Lee Taylor E-13481
B8-101 Pelican Bay Stat Prison
P.O. Box 7000
Crescent City, Ca 95532

# PROOF OF SERVICE BY MAIL

## BY PERSON IN STATE CUSTODY

(Fed. R. Civ. P. 5; 28 U.S.C. § 1746)

I, _Tracy Taylor_, declare:

I am over 18 years of age and a party to this action. I am a resident of _Pelican Bay State_ Prison, in the county of _Del Norte_, State of California. My prison address is: _B8-101  P.O Box 7000 Crescent City, Ca 95532_.

On _July 22-2008_, (DATE)

I served the attached: _two Request for Inspection of property motion 1 is for the Court and the other is to be stamped by the court and sent back to plaintiff_ (DESCRIBE DOCUMENT)

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope, with postage thereon fully paid, in the United States Mail in a deposit box so provided at the above-named correctional institution in which I am presently confined. The envelope was addressed as follows:

Office of the Clerk, U.S. District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

Danielle F. O'Bannon
Deputy Attorney General
455 Golden Gate Ave. Suite 11000
San Francisco, Ca 94102-7004

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on _July 22, 2008_
(DATE)

_[signature]_
(DECLARANT'S SIGNATURE)

Civ-69 (Rev. 9/97)

::ODMA\PCDOCS\WORDPERFECT\22832\1

-9-

Tracy Taylor E13981
B8-101 Pelican Bay State Prison
P.O. Box 7000
Crescent City, Ca 95532

**PELICAN BAY**
**G.P.**
**UNIT B-8**

Legal Mail.

PELICAN BAY STATE PRISON
5905 Lake Earl Dr.
Crescent City CA 95532



02 1M
0004217666    $ 00.59⁰
MAILED FROM ZIPCODE 95531
JUL 23 2008

Office of the Clerk, U.S. District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102



N D
G.P.
UNIT B-8

PBSP
INDIGENT ENVELOPES