Tracy Taylor E 13981
P.O. Box 7000
Crescent City, Ca 95532

IN PROPRIA PERSONAM

FILED

08 JUL 25 PM 1:19

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

Tracy Lee Taylor
   Plaintiff

V

Michael Sayre, et al
   Defendants

SECOND AFFIDAVIT FOR
ENTRY OF DEFAULT

Civil Action No. C07 5295 (MHP)

TRACY TAYLOR, being duly sworn, deposes and says:

1. I am a plaintiff herein.

2. The complaint was filed on the 17 day of October 2007

3. The record, and statement made by Attorney for defendant Robert Horel show that the Litigation Coordinator at Pelican Bay State Prison were served by the United States Marshal with copies of summons, together with a copy of Plaintiff complaint, on the 5th day of June 2008

4. More than 30 days have elapsed since the date on which the Litigation Coordinator were served with summons and a copy of the complaint, excluding the date thereof.

5. Defendant Michael Sayre here have failed to answer to otherwise defend as to Plaintiff complaint, or serve a copy of any answer or other defense which it might have had, upon affiant or any other herein.

6. Defendant is not in the military service and are not infants or incompetents.

7. This affidavit is executed in accordance with Rule No. 55(a) of the Federal Rules of Civil Procedure, for the purpose of enabling the Plaintiffs herein to obtain an entry of default against the Defendant herein, for their failure to answer or otherwise defend as to the Plaintiff Complaint.

Date July 22, 2008

_Tracy Taylor_
Tracy Taylor

# PROOF OF SERVICE BY MAIL

## BY PERSON IN STATE CUSTODY

(Fed. R. Civ. P. 5; 28 U.S.C. § 1746)

FILED
08 JUL 25 PM 1:19
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

I, _Tracy Taylor_, declare:

I am over 18 years of age and a party to this action. I am a resident of _Pelican Bay State_ Prison,

in the county of _Del Norte_,

State of California. My prison address is: _B8-101   P.O. Box 7000_

_Crescent City, Ca 95532_.

On _July 22, 2008_ (DATE),

I served the attached: _Second Affidavit for entry for default for the curt and 1 second Affidavit for entry for default to be stamped by the court and sent back to Plaintiff._ (DESCRIBE DOCUMENT)

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope, with postage thereon fully paid, in the United States Mail in a deposit box so provided at the above-named correctional institution in which I am presently confined. The envelope was addressed as follows:

Office of the Clerk U.S. District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, Ca 94102

Michael Sayre
5905 Lake Earl Drive
P.O. Box 7000
Crescent City, Ca 95532

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on _July 22, 2008_ (DATE)    _(signature)_ (DECLARANT'S SIGNATURE)

Tracy Taylor E-13961
B8-W1 ~~Pelican Bay State Prison~~
P.O. Box 7000
Crescent City, CA 95532

Office of the Clerk U.S. District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532



MAILED FROM ZIPCODE 95531
JUL 23 2008
$00.590



**PBSP INDIGENT ENVELOPES**