PROOF OF SERVICE BY MAIL

(C.C.P. Sec. 1013 #2015-5, U.S.C. Sec. 1746)

C07-5295 MHP

I, Tracy Taylor, am a resident of Pelican Bay State Prison, in the County of Del Norte, State of California. I am over the age of eighteen (18) years and am a party to this action.

My State Prison address is: Pelican Bay State Prison, P.O. Box 7500, Housing Unit A5 Cell Number 124, Crescent City, CA 95532-7500.

On the 8 day of August, 2005, I served the following (set forth the exact title of document[s] served):

two memorandum in opposition to the defendant motion to dismiss

On the party(s) herein by placing a true copy(s) thereof, enclosed in a sealed envelope(s), with postage thereon fully paid, in the United States mail, in a receptacle so provided at Pelican Bay State Prison, Crescent City, CA 95532, and addressed as follows:

Danielle O'Bannon
Deputy Attorney General
455 Golden Gate Ave Suite 11000
San Francisco, CA 94102-7004

Office of the Clerk, U.S. District Court, Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

I declare under penalty of perjury that the foregoing is true and correct.

_____   8-8-08
Inmate Signature            Date

FILED
AUG 11 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA