Tracy Lee Taylor E-13931
B-facility
P.O Box 7000
Crescent City Ca 95532

IN PROPRIA PERSONAM.

**ORIGINAL**

FILED
08 AUG -6 PM 12:25

CHAMBERS

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

Tracy Lee Taylor
Plaintiff

V.

Michael Sayre, et. al.

Defendants

Civil Action No. CV07 5295 MHP

RULE 15 (a)

MOTION FOR LEAVE TO FILE
AN AMENDED COMPLAINT

1. Plaintiff in his original complaint did not include venue and therefore did not fill out the complaint properly.

2. Since the filing of the original complaint the plaintiff has more information he would like to add to the complaint.

3. Plaintiff previous attempt to submit a first amendment complaint to the court plaintiff failed to submit with the first amendment complaint a motion for leave to file an amended complaint.

4. This court should grant leave freely to amend a complaint (see Foman v Davis, 371 U.S. 178, 182 (1962).

5. Rule 15(a) states a party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served" an answer is a responsive pleading, but a motion to dismiss is not ( Domino Sugar Corp v Sugar workers local Union 392. 10 F.3d 1064, 1068 n.1 (4th Cir. 1993).

Date July 28, 2008

Respectfully Submitted

Tracy Taylor
E-13481
P.O Box 7000
Crescent City, Ca 95532