Tracy Lee Taylor E-15981

P. O. Box 7000
Crescent City, Ca 95532

FILED

08 AUG -6 PM 12:26

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

Tracy Lee Taylor
    Plaintiff

                                        Civil Action No: CV 07 5295 MHP

        V

Nola Grannis, chief inmate appeals, et al.
    Defendant's

Plaintiff MOTION FOR PRELIMINARY INJUNCTION

Pursuant to Federal Rule of Civil Procedure 65(a). plaintiff move this court for a temporary injunction for the reasons set forth below and in supporting memorandum of law.

1. There is a reasonable likelihood that plaintiff will prevail on the merits. For more then two years,    Pelican Bay State Prison have denied plaintiff adequate medical care. In so doing. Defendants have acted with deliberate indifference to a serious medical need In Violation of plaintiff rights under the Eighth Amendment.

2. There has been substantial irreparable harm done which will only get worse if the injunction is not granted. As a result of their constant denial of adequate medical care of destroing after confiscation of plaintiff medically prescribed health care appliance, and prescribing as a treatment insoies plaintiff has continue to suffer an increase of substantial and chronic pain and has now develope arthritis in his toes. Any remedy at law for plaintiff injury would be inadeguate.

3. The injury and the continuance infliction of substantial wanton chronic pain. The relief that plaintiff outweighs any harm the proposed injunction may cause defendants. The relief that plaintiff seek is an order compelling Defendants to allow plaintiff occupational Therapist Ingrid McDowell to send via first class mail two pair of personal aren supports and boots. no color of black, mailed directly to the facility clinic which upon receipt shall immediately issue everything to plaintiff. The third Circuit has recognized that continuation with a course of treatment in the face of resulting pain and risk of permanent injury may constitute Deliberate indifference.

1

4.    The public interest will not be disserved by a granting of preliminary injunction. To the contrary the public interest is well served by protecting the Constitutional rights of all it's members.

Plaintiff has been recently seen by Pelican Bay State Prison new prison doctor on July 22, 2008. During the doctor visit the doctor looked into plaintiff prison medical file and repealed to plaintiff that he has now developed mild arthritis in his feet which is increasing the pain and worsening plaintiff condition. The mild arthritis development has been known by medical since x-ray's revealed it that was taken on August 2, 2007 and medical has still to take any kind of medical care to prevent this new development from worsening! The prison doctor also reveal that Pelican Bay State Prison inadequately staff to where the prison does not have access to orthopedic doctor's. thereby general practitioners are handling matters that require the attention of a specialist, because of this, Plaintiff is seeking to file this amended complaint and accompanying motion for Preliminary Injunction to prevent irreparable injury as a result of defendants ongoing violation of his constitutional rights.

WHEREFORE, Plaintiff request that upon consideration of this motion and the supporting memorandum of law, this court order defendant's, their successors, agents, employees and all other persons acting in concert with them to allow plaintiff personal occupational Therapist to send via first class mail two pair of personal arch supports and boot's no color black, mailed directly to the facility clinic which upon receipt shall immediately be issued to plaintiff

Respectfully submitted this 28th day of July or 2008

Tracy Taylor
B - Facility
P.o. Box 7000
Crescent City, Ca 95531

IN Pro Per