PROOF OF SERVICE BY MAIL

C 07-5295 MHP

BY PERSON IN STATE CUSTODY


FILED
AUG - 6 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

(Fed. R. Civ. P. 5; 28 U.S.C. § 1746)

I, Tracy Taylor, declare:

I am over 18 years of age and a party to this action. I am a resident of Pelican Bay State Prison, in the county of Del Norte, State of California. My prison address is: B8-101 P.O. Box 7002 Crescent City, Ca 95532.

On July 28-2008 (DATE),

I served the attached: Two set's of motion for leave to file an amended complaint, and two copies of first amended complaint's (DESCRIBE DOCUMENT)

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope, with postage thereon fully paid, in the United States Mail in a deposit box so provided at the above-named correctional institution in which I am presently confined. The envelope was addressed as follows:

Danielle F. O'Bannon
Deputy Attorney General
455 Golden Gate Avenue Suite 11000
San Francisco, Ca 94102-5735

Office of the clerk, U.S. District Court
Norther District of California
450 Golden Gate Avenue
San Francisco, Ca 94102

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 28, 2008 (DATE)    _____ (DECLARANT'S SIGNATURE)

Civ-69 (Rev. 9/97)                              ::ODMA\PCDOCS\WORDPERFECT\22832\1

-9-