IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TRACY TAYLOR,<br><br>                        Plaintiff,<br><br>v.<br><br>ROBERT HOREL, et al.,<br><br>                        Defendants. | C 07-5295 MHP<br><br>**[PR~~OPOSE~~D] ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT PLAINTIFF TRACY TAYLOR, CDCR NO. E-13981** |

    Plaintiff, Tracy Taylor, CDCR No. E-13981, a necessary and material witness in proceedings in this case beginning on March 12, 2008, at 9:00 a.m., is confined at Kern Valley State Prison in the custody of the Warden Robert Horel.  To secure this inmate's attendance at the settlement conference scheduled for March 12, 2009, at California State Prison-Solano in Vacaville, California, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian of Tracy Taylor, CDCR No. E-13981, to produce this inmate to California State Prison-Solano in Vacaville, for settlement conference beginning on March 12, 2009 at 9:00 a.m., with the Honorable Nador J. Vadas United State Magistrate Judge presiding.

/ / /

/ / /

/ / /

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden of Kern Valley State Prison and the California Department of Corrections and Rehabilitation to produce inmate Tracy Taylor, CDCR No. E-13981, to appear at California State Prison-Solano in Vacaville, California before the United States District Court Magistrate for the Northern District of California at the time and place above until completion of the court-ordered settlement proceedings or as ordered by the Court, and thereafter to return the inmate to the above institution.

2. The custodian is ordered to notify the Court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

WRIT OF HABEAS CORPUS AD TESTIFICANDUM

To: The Warden of Kern Valley State Prison,

YOU ARE COMMANDED to produce inmate Tracy Taylor, CDCR No. E-13981, to appear at California State Prison-Solano in Vacaville, California before the United States District Court Magistrate for the Northern District of California at the time and place above, until completion of court-ordered settlement proceedings or as ordered by the Court, and thereafter to return the inmate to the above institution.

FURTHER, you have been ordered to notify the Court of any change in custody of this inmate and to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated: 2/23/09  _____

*IT IS SO ORDERED*
*Judge Nandor J. Vadas*
Honorable Nador J. Vadas
United State Magistrate Judge

[Proposed] Order                              *T. Taylor v. R. Horel, et al.*
                                              Case No. C 07-5295 MHP

2