UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY LEE TAYLOR<br><br>       Plaintiff(s),<br><br>  v.<br><br>ROD HIGGINS<br><br>       Defendant(s).<br>_____/ | No. C-07-05295<br><br>ORDER RETURNING PLAINTIFF'S FILING FEE |

After the settlement conference in the above matter, and good cause appearing, it is hereby ORDERED that the filing fee in this case be refunded to the Plaintff, TRACY LEE TAYLOR, in the amount already paid by him, and no additional financial liability will result to Plaintiff arising out of this case.

IT IS SO ORDERED.

Dated: March 25, 2009

_____
NANDOR J. VADAS
United States Magistrate Judge