IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY TAYLOR,<br><br>　　　　Plaintiff,<br><br>　　v<br><br>ROBERT HOREL, et al.,<br><br>　　　　Defendants. | Case No C 07-5295 MHP<br><br>REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING |

A settlement conference in this matter was held on March 12, 2009. The results of that proceeding are indicated below:

(1)　The following individuals, parties, and/or representatives participated in the proceeding, each possessing the requisite settlement authority:

　　☒　Plaintiff

　　☐　Warden or warden's representative

　　☒　Office of the California Attorney General, Virginia Pappan

　　☐　Other: California Department of Corrections and Rehabilitation

1  (2)  The following individuals, parties, and/or representatives did not appear:

2  (3)  The outcome of the proceeding was:

3  ☒ The case has been completely settled.

4  ☐ The case has been partially resolved and, on or before

5  _____, counsel for defendants shall file a joint stipulation specifying

6  those claims which have been resolved and those that remain to be resolved by the Court.

7  ☐ The parties agree to an additional follow up settlement on

8  _____.

9  ☐ The parties are unable to reach an agreement at this time.

10 Date:  3/25/09

11  _____
    Nandor J Vadas
    United States Magistrate Judge

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TAYLOR        No. C 07-5295 MHP

v.        CERTIFICATE OF SERVICE

HOREL
_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 3/25/09, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy into an inter-office delivery receptacle located in the Office of the Clerk.

**Tracy Taylor**
E-13981
Kern Valley State Prison
P. O. Box 5104
Delano, CA 93216

RICHARD W. WIEKING, CLERK

By:/s/_____
       Deputy Clerk

United States District Court
For the Northern District of California